**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2015 ★
BROOKLYN OFFICE

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

US
-v-
Webb et al.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Docket Number: **CR 15-252**
**WEINSTEIN, J.**
**POHORELSKY, M.J.**

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: _____
Firm Name: _____
Address: AUSA Dame LaVerne

Phone Number: x6763
E-Mail Address: _____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ⟵
If yes, state description of document to be entered on docket sheet:
_____
_____

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal ___

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE,**
**AND MAY NOT BE UNSEALED UNLESS ORDERED BY**
**THE COURT.**

DATED: _____, NEW YORK

U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE _____ DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

5/21/15    [signature]
DATE       SIGNATURE

See sealing order signed
by USMJ Pages on 5/20/15.