FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 20 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   -against-

JEFFREY WEBB, et al.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

SEALING ORDER

CR 15 - 252

WEINSTEIN, J.

POHORELSKY, M.J.

       WHEREAS an application has been made by KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Darren A. LaVerne, for an order (i) sealing the Indictment and arrest warrants issued in the above-captioned matter; (ii) permitting the government to provide copies of the Indictment and arrest warrants, prior to unsealing, to members of domestic and foreign law enforcement for the purpose of executing the arrest warrants; and (iii) providing that the Indictment and arrest warrants shall be automatically unsealed for all purposes, without further action of the Court, contemporaneously with the arrest of any of the defendants in this matter.

       IT IS ORDERED that the Indictment and arrest warrants issued in this matter are hereby sealed.

       IT IS FURTHER ORDERED that the government may provide copies of the Indictment and arrest warrants, prior to unsealing, to members of domestic and foreign law enforcement for the purpose of executing the arrest warrants.

IT IS FURTHER ORDERED that the Indictment and arrest warrants shall be automatically unsealed for all purposes, without further action of the Court, contemporaneously with the arrest of any of the defendants in this matter.

SO ORDERED.

Dated:   Brooklyn, New York
         May 20, 2015

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE
                                                    EASTERN DISTRICT OF NEW YORK

**CR 15 - 252**

INDICTMENT SEALING FORM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2015 ★
BROOKLYN OFFICE

Case name:   United States v. Jeffrey Webb, et al.

WEINSTEIN, J.
POHORELSKY, M.J.

Reason for Sealing:

The defendants are currently at liberty, and the government plans to effectuate the arrests in the coming weeks. The government seeks to seal the indictment to ensure that the defendants do not learn that they are under indictment and to prevent them from fleeing justice to avoid arrest and prosecution. Twelve of the 14 defendants are not United States citizens, and all of the defendants either reside or have extensive contacts abroad. Accordingly, the government is concerned that the defendants might flee from justice if they learns that they have been indicted. Notably, the indictment has been returned well within the applicable statute of limitations and sealing is not requested simply to toll the statute.

By: _____
Darren A. LaVerne
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Date: May 20, 2015