## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Cheryl Pollak          **DATE :** 5/29/15

DOCKET NUMBER : 15CR252 (RJD)          LOG # : 3:07 - 3:42.

DEFENDANT'S NAME : Aaron Davidson

___ Present      ___ Not Present      ___ Custody      ___ Bail

DEFENSE COUNSEL : Michael E. Hartman + Katherine Skeele

___ Federal Defender      ___ CJA      ✓ Retained

A.U.S.A : Darren Lavergne          DEPUTY CLERK : M. Sica

INTERPRETER : _____ (Language) _____

_____ Hearing held. _____ Hearing adjourned to _____

X  Defendant was released on $5,000,000.00  PRB (with)/without some conditions.

X  Defendant was advised of bond conditions by the Court and signed the bond.

3  Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____  Additional surety (ies) to co-signed bond by _____

____  At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____  Order of Excludable Delay entered.    Code Type ____    Start _____  Stop _____

X  Order of Speedy Trial entered.    Code Type XT    Start 5/29/15 Stop 7/17/15

✓  Defendant's first appearance.    ✓ Defendant arraigned on the indictment.

____  Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

✓  Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓  Status conference set for 7/17/15 @ 10 AM  before Judge Dearie

OTHERS : Gov't and Defense consent to a bail package. Defendant was released on a $5,000,000. bond with conditions.