# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OS AMERICA

NOTICE OF APPEARANCE

VS

DOCKET # 15 CR 0252

DATE: 5/29/2015

Aaron Davidson, et al.
DEFENDANT

PLEASE NOTICE, that I have been retained by Aaron Davidson above name defendant. I was admitted to practice is this District on _____.

SIGNATURE _____

PRINT NAME Katherine A. Steele

BAR CODE** _____

OFFICE ADDRESS _____

Holland + Knight LLP

31 W. 52nd St

New York, NY 10019

PHONE NUMBER 212 513 3397

Pro Hac Vice pending counsel:
Michael Hartman

***NOTICE TO ATTORNEY***

**BAR CODE THE ATTORNEY'S INITIALS AND LAST FOUR DIGITS OF THE SOCIAL SECURITY NUMBER MUST APPEAR ON ALL PLEADINGS.**