United States District Court
# EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS |
|---|---|
| V. | OF RELEASE AND BOND |
| AARON DAVIDSON | Case No.: 15 CR 252 (RJD) |
| Defendant | |

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, **subject to the Standard Conditions of Bond on the reverse** and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or
[✓] Upon **Secured Appearance Bond** as provided herein.     $5,000,000.00

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: See Attachment A
[✓] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: See Attachment A
[✓] 3. The defendant shall avoid and not go to any of the following locations: See Attachment A
[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by 5/29/15 and shall not apply for any other passport. (and his wife)
[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
   [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
   [✓] must report to that agency ( ) in person_____ times per_____ and/or ( ) by telephone_____ times per as directed
   [✓] is subject to home detention with electronic monitoring with the following conditions: See Attachment A

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ]treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[✓] 6. Other Conditions: See Attachment A. + Δ shall preserve + shall not dissipate — hypothecate at least $125,000

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 5,000,000. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated: held in an account with American Funds. —TK

[ ] cash deposited in the Registry of the Court the sum of $_____;
[✓] premises located at: See Attachment B   owned by _____
[✓] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before 6/2/15.

[ ] Other Conditions: _____

X ~~signature~~ Address: X
  Surety

X Ana Davidson Address: X
  Co-Surety

X ~~Michelle Dryan~~ Address: X
  Surety

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the **Standard Conditions of Bond** set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.
   I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

                                                        X /s/ signature
                                                        Signature of Defendant

Release of the Defendant is hereby ordered on 5/29, 2015.

/s/ MJ Pollak
_____, USMJ

Distribution:   White-Original   Canary - Courtroom Deputy   Pink - Pretrial Services   Goldenrod - Defendant

**Attachment A**

1. Miami, Florida. Defendant may travel to SDNY and EDNY for court appearances or visits with counsel with the prior consent of Pretrial Services and the FBI.

2. All co-defendants and co-conspirators, as well as any employee or executive of the following entities: (i) Traffic USA and any Traffic affiliate; (ii) Torneos y Competencias S.A. and any affiliated entity; (iii) Full Play S.A. and any affiliate entity, (iv) CONCACAF and any affiliated entity; (v) CONMEBOL and any affiliated entity and (vi) FIFA and any affiliated entity.

3. The offices of Traffic USA or any Traffic affiliate; as well as the offices of any other entity named in paragraph 2, above.

5. Defendant is subject to home detention with electronic monitoring, with exceptions (upon prior approval by Pretrial Services and the FBI) for court appearances, religious services, medical appointments, visits with counsel and employment interviews.

6. Defendant may not work for Traffic USA or any Traffic affiliate in any capacity. Defendant must perfect security of pledged assets by June 2, 2015, subject to agreement of the U.S. Attorney's Office, in writing, to extend that time.

**Attachment B**

1.                                                                    (Owned by Aaron Davidson and Michelle Dryjanksy)

2.                              (Owned by Jaime Davidson and Ana Davidson)

3.                              (Owned by Jaime Davidson and Ana Davidson)