# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Lee D. Vartan
(212) 513-3513
lee.vartan@hklaw.com

June 5, 2015

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: ***U.S. v. Davidson*, 15 CR 252 (RJD)**
> **Satisfaction of Conditions of Bond**

To the Clerk of Court for the Eastern District of New York:

We represent Aaron Davidson in the above-captioned action. On May 29, 2015, Mr. Davidson was arraigned before Magistrate Judge Pollak, and Her Honor entered an Order Setting Conditions of Release and Bond ("Order"), located at Docket Nos. 8 (filed under seal) and 9 (redacted version of the Order), setting certain conditions for Mr. Davidson's release.

These conditions required Mr. Davidson to perfect liens in favor of the United States of America on three specified properties. The conditions further required Mr. Davidson to preserve without dissipation or hypothecation at least $125,000 in invested assets.[1]

By this letter, and on behalf of Mr. Davidson, we provide the Court with the following documents in satisfaction of the conditions set forth in the Order, redacted to protect the private addresses of individuals:

1. A copy of the mortgage in favor of the United States of America on the Texas real property specified in Section 6 of the Order, as recorded (attached hereto as **Exhibit 1**);

---

[1] The Order identifies the assets to be preserved as "held in an account w/ the American Funds." However, on the record at the arraignment and bail hearing, it was stated that Mr. Davidson had not had the opportunity to determine which of several accounts and investments managed by his financial advisors contained funds sufficient to meet the $125,000 threshold, and that Mr. Davidson would correctly identify the assets to be preserved upon opportunity to correspond with his financial advisors.

Anchorage | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Fort Lauderdale | Jacksonville | Lakeland | Los Angeles | Miami
New York | Northern Virginia | Orlando | Portland | San Francisco | Tallahassee | Tampa | Washington, D.C. | West Palm Beach
Bogotá | Mexico City

2. A copy of the mortgage in favor of the United States of America on the Florida real property owned by Ana and Jaime Davidson specified in Section 6 of the Order, as submitted for recording, and including the recording clerk's receipt (attached hereto as **Exhibit 2**);
3. A copy of the mortgage in favor of the United States of America on the Florida real property owned by Aaron Davidson and Michelle Dryjansky specified in Section 6 of the Order, as submitted for recording, and including the recording clerk's receipt (attached hereto as **Exhibit 3**); and
4. A letter from Royal Alliance Associates, Inc., at which Mr. Davidson maintains a brokerage account, identifying assets adequate to satisfy the requirement that Mr. Davidson preserve without dissipation or hypothecation at least $125,000 that will be liquidated and transferred into a money market account with Royal Alliance (attached hereto as **Exhibit 4**).

Assistant United States Attorney Darren LaVerne has reviewed the Exhibits attached to this letter in unredacted form, and has agreed that they are sufficient to meet Mr. Davidson's obligations under the Order from the vantage of the Government.

Sincerely,

HOLLAND & KNIGHT LLP

By: Lee Vartan
31 West 52nd Street
New York, New York 10019

*Attorneys for the Defendant*
*Aaron Davidson*

cc: The Honorable Raymond J. Dearie
Assistant United States Attorney Darren LaVerne

So Ordered
/S/ CHERYL POLLAK
USMJ
6/5/15