Lee Vartan
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200
*Attorney for Aaron Davidson*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA,

             Case No. 15-CR-252 (RJD)
 -against-        ECF Case

             **NOTICE OF APPEARANCE**

AARON DAVIDSON,

     Defendant.
---------------------------------------------------------x

PLEASE TAKE NOTICE that Lee Vartan of the law firm of Holland & Knight LLP hereby appears in this action as counsel for Aaron Davidson and requests service of all papers, pleadings, and any other documents filed or served in this matter at the address set forth below.

Dated: New York, New York
    June 15, 2015

               HOLLAND & KNIGHT LLP

            By:/s/ Lee Vartan
              Lee Vartan
              31 West 52nd Street, 12th Floor
              New York, New York 10019
              Telephone: (212) 513-3200
              Facsimile: (212) 385-9010
              E-mail: lee.vartan@hklaw.com