d+ P

**MANUEL GARRIDO**
**Argentine House of Representatives**
**25 Riobamba St. – Of. 760**
**Buenos Aires, C1025ABA, Argentina**
**mgarrido@diputados.gov.ar**

June 30th, 2015

**CAROL BAGLEY AMON**
**Chief Judge of the United States**
**District Court for the Eastern District**
**of New York**

CR15-252 (RJD)

Dear Mrs. Amon,

My name is Manuel Garrido and I am a member of the Argentine House of Representatives. I have also been the founder and director of the National Anti-Corruption Office and Prosecutor on Administrative Investigations. As you can see, the fight against corruption is central in my agenda.

For this reason, I am contacting you in order to request specific information that might lie within the indictment you are conducting against Webb et al. In the 47-count indictment that was unsealed on May 27th, 2015, in a federal court in Brooklyn, New York, 14 defendants have been charged with racketeering, wire fraud and money laundering conspiracies, among other offenses, in connection with the defendants' participation in a 24-year scheme to enrich themselves through the corruption of international soccer.

Based on these allegations, the Argentine Internal Revenue Service (hereinafter "AFIP") started a criminal investigation against the argentine defendants - ALEJANDRO BURZACO, HUGO JINKIS AND MARIANO JINKIS- and other suspects who the AFIP believes are connected to the crimes. Within this investigation I am planning to file a criminal complaint in order to extend its scope. For this purpose I would be grateful if you could provide me with some information.

The Indictment describes that "*In 2011, the Copa America was hosted by Argentina. Co-Conspirator #10 was at the time a long-standing and high-ranking official at FIFA and AFA, the Argentinian soccer federation. The defendant ALEJANDRO BURZACO, a controlling principal of the sports marketing conglomerate Torneos, was close to and at times communicated on behalf of Co-Conspirator #10. Co-Conspirator #2 had dealt with*

*BURZACO and his colleagues at Torneos for years in connection with payments to Co-Conspirator #10 personally. For example, since the 1990s, Co-Conspirator #2 had agreed on behalf of Traffic International to pay AFA millions of dollars per edition of the Copa America so that AFA would field its best players. At times, Torneos executives asked Co-Conspirator #2 to send the payments not to AFA, but to a travel agency used to facilitate payments to CoConspirator #10 personally. Co-Conspirator #2 then sent the payments as directed.*

There is convincing evidence that the aforementioned travel agency might be ROTAMUND S.R.L., a travel agency involved in the commercialization of tickets to the FIFA World Cup and historically alleged to be owned by the former President of the Argentine Soccer Association, Julio Humberto Grondona, who died on July 30th, 2014. It would be of great importance that you could corroborate the name of the travel agency, since it can key to the accusation that I'm working on.

I believe releasing this information in public wouldn't affect at all the rights and guarantees of the defendants. On the contrary, it would mean the enhancement of the basics principles of publicity and transparency, as well as it would be essential to guarantee that the proceeding before the argentine courts is headed towards every single person that may have participated in the commitment of the crimes under investigation and to enable the State of Argentina to confiscate and eventually recover the assets derived from illicit activities.

I would like to thank you in advance for this information. I look forward to hearing from you.

Sincerely,

MANUEL GARRIDO
DIPUTADO DE LA NACIÓN

FRANQUEO A PAGAR

CUENTA N° 10738

CORREO
ARGENTINO
SUCURSAL

2015 JUL 10 PM 12: 02

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

CAROL BAGLEY AMON

(Chief Judge of the United States
District Court for the Eastern
District of New York)

225 Cadman Plaza East
Brooklyn, NY 11201





H. Cámara de Diputados de la Nación

11201¤1858