UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

CHAMBERS OF
HONORABLE CAROL BAGLEY AMON
CHIEF JUDGE

July 13, 2015

Mr. Manuel Garrido
Argentine House of Representatives
25 Riobamba St - Of. 760
Buenos Aires, C1025ABA, Argentina

re: USA v. Webb, et al.
CR15-00252 (RJD)

Dear Mr. Garrido:

You wrote to me requesting information regarding the Indictment in what has been referred to as the FIFA case.

I am not the judge assigned to that case. That case is assigned to the Honorable Raymond J. Dearie of our court.

I might suggest, however, that your inquiry is better directed to the prosecuting authority, the U.S. Attorney for the Eastern District of New York.

Very truly yours,

/s/ CBA

Carol Bagley Amon
Chief U.S. District Judge

cc: Hon. Raymond J. Dearie
AUSA Evan Norris