AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>JEFFREY WEBB<br><br>Defendant | )<br>) Case No. CR 15-252<br>)<br>)<br>)<br>)  WEINSTEIN, J.<br>) |

## ARREST WARRANT

POHORELSKY, M.J.

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JEFFREY WEBB                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Racketeering Conspiracy, in violation of 18 USC 1962(d)
Wire Fraud Conspiracy, in violation of 18 USC 1349
Wire Fraud, in violation of 18 USC 1343
Money Laundering Conspiracy, in violation of 18 USC 1956(h)
Money Laundering, in violation of 18 USC 1956(a)(2)(A), 1956(a)(2)(B)(i), 1957(a)

/s/ RER

Date: 05/20/2015
_____
Issuing officer's signature

City and state: Brooklyn, New York
Ramon E. Reyes, Jr., U.S.M.J.
Printed name and title

---

**Return**

This warrant was received on *(date)* 5/20/15, and the person was arrested on *(date)* 7/15/15
at *(city and state)* Queens, NY

Date: 7/18/15

_____
Arresting officer's signature

SA JARED RANDALL
Printed name and title

K. Quinlan 7/15/15