# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Docket Number :

*Jeffrey Webb*

**Defendant.**

Judge :

Date :

PLEASE NOTICE, that I have been RETAINED by *Jeffrey Webb*
the above named defendant. I was admitted to practice in this district on *1995*.

Signature : *Edward O'Callaghan*

Print Name : *Edward O'Callaghan*

Bar Code : *2676450 - NY*

Office Address : *Clifford Chance*
*31 W. 52nd St. NY, NY 10019*

Telephone # : *212-878-3439*

*** NOTICE TO ATTORNEY***

　　**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.