## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Vera M. Scanlon     **DATE:** 7/18/15

**DOCKET NUMBER:** 15 CR 252 (RJD)    **LOG #:** 2:40 - 3:25

**DEFENDANT'S NAME:** Jeffrey Webb

✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL:** Edward O'Callahan

___ Federal Defender    ___ CJA    ✓ Retained

**A.U.S.A:** Keith Edelman, Evan Norris, Darren LaVerne    **DEPUTY CLERK:** Krista Quinlan

**INTERPRETER:** _____ (Language)

___ Hearing held.    ___ Hearing adjourned to ___

✓ Defendant was released on $10 million ___ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

✓ Additional surety (ies) to co-signed bond by 7/30/15

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.    Code Type___    Start___    Stop___

✓ Order of Speedy Trial entered.    Code Type___    Start 7/18/15    Stop 8/17/15

✓ Defendant's first appearance.    ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** _____