BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

JULY 17, 2015
*Time in Court:* 12:30pm to 12:45pm

DOCKET NUMBER: CR 15-252 (RJD)

U.S.A. -v- **AARON DAVIDSON (ON BOND)**
**COUNSEL: LEE VARTAN & JENNY KRAMER (RETAINED)**

**AUSA: EVAN NORRIS, DARREN LAVERNE, AMANDA HECTOR**

COURT REPORTER: *CHARLEANE HEADING*

X    CASE CALLED FOR STATUS CONFERENCE.
GOVERNMENT COUNSEL ADVISES THAT VOLUMINOUS DISCOVERY IS UNDERWAY.
COURT DESIGNATES CASE AS COMPLEX FOR DISCOVERY PURPOSES.
TIME EXCLUDED FROM TODAY THROUGH 9/18/15.
CASE ADJOURNED TO 9/18/15 AT 11:30AM.