UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>         -against-<br><br>Jeffrey Webb,<br><br>                    Defendant. | NOTICE OF APPEARANCE<br><br>Case No.: 15 cr 252 (RJD) |

**PLEASE TAKE NOTICE** that the undersigned attorney, Rijie Ernie Gao, of the law firm CLIFFORD CHANCE US LLP, who was admitted to practice in this Court on May 17, 2011, and is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Jeffrey Webb in the above-captioned case.

Dated: New York, New York
         July 20, 2015

CLIFFORD CHANCE US LLP

By:  *s/ Rijie Ernie Gao*
         Rijie Ernie Gao

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-8000 (phone)
(212) 878-8375 (fax)
ernie.gao@cliffordchance.com