UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

ORDER

-against-

JEFFREY WEBB,  Docket No. 15-CR-252

Defendant.
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 22 2015 ★
BROOKLYN OFFICE

A bond having been fixed by Hon. Vera Scanlon, U.S.M.J., in the above entitled action in the amount of $10 million, secured in part by the items set forth in Attachment A, which are to be deposited with the Clerk of the Court,

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York, accept the items set forth in Attachment A when tendered on behalf of the above defendant.

**SO ORDERED.**

Dated: Brooklyn, New York
July 22, 2015

_____
UNITED STATES MAGISTRATE JUDGE

Receipt No. _____
Items Deposited By: Ernie Gao, Clifford Chance US LLP
Address & Telephone: 31 West 52nd Street
New York, NY 10019
(212) 878-8000