## Attachment A

1. Luminor Marina (white metal, black band, serial #BB1107199) ✓
2. Breitling (white metal, serial #AB0610) ✓
3. Rolex Yacht Master (yellow metal, no serial number apparent) ✓
4. Rolex Sky Dweller (yellow metal, no serial number apparent) ✓
5. Royal Oak Offshore (black rubber band, serial #H98507) ✓
6. Panerai (white metal, brown cloth strap, serial #018387) ✓
7. Luminor (white metal, brown leather band, serial #PB056764) ✓
8. Rolex (white metal, no serial number apparent) ✓
9. Cartier Roadster (white metal, serial #562195CE) ✓
10. Rolex Submariner (white metal, green face, no serial number apparent) ✓
11. Hublot (rose gold with black strap)*
12. Diamond bracelet ✓
13. Diamond and pearl necklace ✓
14. 1 pair pearl earrings ✓
15. 1 pair long-hanging diamond earrings ✓
16. Hublot Big Band watch (yellow metal, brown band, serial #914716) ✓
17. Rolex (~~white~~ metal, no serial number apparent) ✓
    Yellow

*Will be deposited with the Clerk of Court at a later date.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 22 2015 ★
BROOKLYN OFFICE

CR-15-252

2
2

16 Items Received 7/24/15

[signature] Marc V. Bron

R. Tarony 7/24/15

16 Items turned over to custody of Clerk of Court, EDNY

[signature] Ernie Gao 7/24/15

## Attachment A

1. Luminor Marina (white metal, black band, serial #BB1107199)
2. Breitling (white metal, serial ~~#AB0610~~) # AB 0510 (EG) RH JW
3. Rolex Yacht Master (~~yellow metal,~~ no serial number apparent) – white metal (EG) RH JW
4. Rolex Sky Dweller (yellow metal, no serial number apparent)
5. Royal Oak Offshore (black rubber band, serial #H98507)
6. Panerai (white metal, brown cloth strap, serial #018387)
7. Luminor (white metal, brown leather band, serial ~~#PB056764~~) # PB0567664 (EG) RH JW
8. Rolex (white metal, no serial number apparent) DAYTONA C~~~~~~~~ (EG) RH JW
9. Cartier Roadster (white metal, serial #562195CE)
10. Rolex Submariner (white metal, green face, no serial number apparent)
11. Hublot (rose gold with ~~black strap~~)* ~~BROWN STRAP SERIAL 914716~~
12. Diamond bracelet JW
13. Diamond and pearl necklace
14. 1 pair pearl earrings
15. 1 pair long-hanging diamond earrings
16. Hublot Big Band watch (yellow metal, brown band, serial #914716)
17. Rolex (yellow metal, no serial number apparent)

*Will be deposited with the Clerk of Court at a later date.

I, Jeffrey Webb, the undersigned, hereby authorize the Clerk of Court to take custody of the items listed above.

_____
Jeffrey Webb

I, Kendra Gamble-Webb, the undersigned, hereby authorize the Clerk of Court to take custody of the items listed above.

_____
Kendra Gamble-Webb