

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMN:KDE
F.#2015R00747

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 27, 2015

By ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jeffrey Webb, et al.
                 Criminal Docket No. 15-252 (RJD)

Dear Judge Dearie:

      We respectfully write to notify the Court that today we have added the above-captioned case to the "Victim Witness Pending Cases" page on the website for the United States Attorney's Office for the Eastern District of New York. The case is listed as "FIFA: U.S. v. Jeffrey Webb, et al." and includes, among others, a "Court events" document that details all upcoming court appearances in the case. The document thus currently notes that there is a status conference for the defendant Jeffrey Webb scheduled for August 14, 2015 at 10:30 a.m., and a status conference for the defendant Aaron Davidson scheduled for September 18, 2015 at 11:30 a.m. The Court events document, viewable at http://www.justice.gov/usao-edny/victim-witness-pending-cases, is also attached to this letter for the Court's reference.

      As the case progresses, the government will update the Court events document regularly to ensure that the media and the public have access to the latest publicly-available information about the proceedings in this case. From time to time, the

government will also add links on the web page to other publicly-available documents relating to the case.[1]

                                      Respectfully submitted,

                                      KELLY T. CURRIE
                                      Acting United States Attorney
                                      Eastern District of New York

By:      /s/
          Evan M. Norris
          Amanda Hector
          Darren A. LaVerne
          Samuel P. Nitze
          M. Kristin Mace
          Keith D. Edelman
          Brian D. Morris
          Assistant U.S. Attorneys
          718-254-7000

Encl.

cc:      Counsel of record (by ECF)
          Clerk of Court (RJD) (by ECF)

---

[1] In addition to informing the public, the Court events document also notifies potential victims of upcoming proceedings and directs them to contact the government to receive personalized notice in the future.  See 18 U.S.C. § 3771(a)(2) (providing that all crime victims have the right to "reasonable, accurate, and timely notice of any public court proceeding").