**United States v. Jeffrey Webb, et al.**
**15-CR-252 (RJD)**

Before the Honorable Raymond J. Dearie
United States District Judge, Eastern District of New York
225 Cadman Plaza East, Brooklyn, New York

**UPCOMING COURT DATES**

| DEFENDANT | NEXT APPERANCE | RESULT |
|---|---|---|
| **JEFFREY WEBB** | Status conference on August 14, 2015, at 10:30 a.m. | |
| **EDUARDO LI** | To Be Determined | |
| **JULIO ROCHA** | To Be Determined | |
| **COSTAS TAKKAS** | To Be Determined | |
| **JACK WARNER** | To Be Determined | |
| **EUGENIO FIGUEREDO** | To Be Determined | |
| **RAFAEL ESQUIVEL** | To Be Determined | |
| **JOSÉ MARIA MARIN** | To Be Determined | |
| **NICOLÁS LEOZ** | To Be Determined | |
| **ALEJANDRO BURZACO** | To Be Determined | |
| **AARON DAVIDSON** | Status conference on September 18, 2015, at 11:30 a.m. | |
| **HUGO JINKIS** | To Be Determined | |
| **MARIANO JINKIS** | To Be Determined | |
| **JOSÉ MARGULIES, also known as José Lazaro** | To Be Determined | |

*If you believe you are a victim in this case, please complete and submit the victim verification form located on the "Victim Witness Pending Cases" website.*