UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA,        :   Case No. 15 CR 252 (RJD) (RML)

                                              :   ECF Case

          -against-                    :   **NOTICE OF APPEARANCE**

ALEJANDRO BURZACO,             :

     *Defendant.*                    :

-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel in this case for Defendant Alejandro Burzaco. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 31, 2015

                    By:   s/ John D. Couriel
                             John D. Couriel
                             KOBRE & KIM LLP
                             2 South Biscayne Boulevard 35th Floor
                             Miami, Florida 33131
                             Tel: (305) 967 6115
                             Fax: (305) 967 6120
                             E-mail: john.couriel@kobrekim.com

                             *Counsel for Alejandro Burzaco*