UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,          :   Case No. 15 CR 252 (RJD) (RML)
                                                             :
                                                             :   ECF Case
                                                             :
       -against-                                  :   **NOTICE OF APPEARANCE**
                                                             :
ALEJANDRO BURZACO,                   :
                                                             :
   *Defendant.*                                        :
                                                             :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel in this case for Defendant Alejandro Burzaco.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 31, 2015

      By:   s/ Lindsey Weiss Harris
            Lindsey Weiss Harris
            KOBRE & KIM LLP
            800 Third Avenue
            New York, New York 10022
            Tel: (212) 488 4937
            Fax: (212) 488 1220
            E-mail: lindsey.weissharris@kobrekim.com

            *Counsel for Alejandro Burzaco*