UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                            :

UNITED STATES OF AMERICA,          :    Case No. 15 CR 252 (RJD) (RML)
                                            :
                                            :    ECF Case
                                            :
          -against-                        :    **NOTICE OF APPEARANCE**
                                            :
ALEJANDRO BURZACO,                  :
                                            :
         *Defendant.*                     :
                                            :
-----------------------------------------------------------X

        **PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel in this case for Defendant Alejandro Burzaco. I certify that I am admitted to practice in this Court.

Dated: New York, New York
         July 31, 2015

                By:    s/ Sean P. Casey
                          Sean P. Casey
                          KOBRE & KIM LLP
                          800 Third Avenue
                          New York, New York 10022
                          Tel: (212) 488 1205
                          Fax: (212) 488 1225
                          E-mail: sean.casey@kobrekim.com

                          *Counsel for Alejandro Burzaco*