## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Vera Scanlon     **DATE:** 7/31/15

**DOCKET NUMBER:** 15 CR 252 (RJD)     **LOG #:** 3:01 – 3:29

**DEFENDANT'S NAME:** Alejandro Burzaco

✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL:** Sean Casey + John Couriel

___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:** Kristin Mace     **DEPUTY CLERK:** T Chon

**INTERPRETER:** _____ (Language) _____

___ Hearing held.  ___ Hearing adjourned to ___

✓ Defendant was released on __20 million__ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

**6** Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___ Start___ Stop___

✓ Order of Speedy Trial entered.   Code Type___   Start 7/31/15 Stop 9/18/15

✓ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 9/18/15 @ 11:30 before Judge Dearie

**OTHERS:** ___