AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

United States of America
v.
ALEJANDRO BURZACO

Defendant

Case No. CR 15 - 252

WEINSTEIN, J.

POHORELSKY, M.J.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALEJANDRO BURZACO,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Racketeering Conspiracy, in violation of 18 USC 1962(d)
Wire Fraud Conspiracy, in violation of 18 USC 1349
Money Laundering Conspiracy, in violation of 18 USC 1956(h)

Date: 05/20/2015

s/Ramon E. Reyes, Jr.
*Issuing officer's signature*

City and state: Brooklyn, New York

Ramon E. Reyes, Jr., U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 5/20/15, and the person was arrested on *(date)* 7/29/15
at *(city and state)* QUEENS, NEW YORK.

Date: 7/31/15

*Arresting officer's signature*

SA JAMES RANDALL
*Printed name and title*