UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,

                                                                     **ORDER**
                                                                     **FOR ACCEPTANCE OF CASH BAIL**

    -against-

                                                         Docket No.   15 CR 252 (RJD)

Alejandro Burzaco
-----------------------------------------------X

       Bail having been fixed by Hon. __Scanlon__, in the above entitled action in the amount of $ __20 million__ of which sum $ __3,300,000__ [1 million by Wednesday 8/5/15; 2,300,000 by 10/1/15] in cash is to be deposited with the Clerk of the Court.

       It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ __3,300,000__ when tendered on behalf of the above defendant.

       **SO ORDERED.**

Dated:  Brooklyn, New York
               7/31/15

                                                        s/Vera M. Scanlon
                                                        **UNITED STATES MAGISTRATE JUDGE**

**Receipt No.** _____
**Money Deposited By:** _____
**address & Telephone** _____