## Attachment A

1. Luminor Marina (white metal, black band, serial #BB1107199) ✓
2. Breitling (white metal, serial #AB0610) ✓
3. Rolex Yacht Master (yellow metal, no serial number apparent) ✓
4. Rolex Sky Dweller (yellow metal, no serial number apparent) ✓
5. Royal Oak Offshore (black rubber band, serial #H98507) ✓
6. Panerai (white metal, brown cloth strap, serial #018387) ✓
7. Luminor (white metal, brown leather band, serial #PB056764) ✓
8. Rolex (white metal, no serial number apparent) ✓
9. Cartier Roadster (white metal, serial #562195CE) ✓
10. Rolex Submariner (white metal, green face, no serial number apparent) ✓
11. Hublot (rose gold with black strap)* SN# 1978088  Submitted 8/6/15 9:45AM
12. Diamond bracelet ✓
13. Diamond and pearl necklace ✓
14. 1 pair pearl earrings ✓
15. 1 pair long-hanging diamond earrings ✓
16. Hublot Big Band watch (yellow metal, brown band, serial #914716) ✓
17. Rolex (~~white~~ metal, no serial number apparent) ✓
    Yellow

CR-15-252

*Will be deposited with the Clerk of Court at a later date.

---

FILED CLERK
2015 AUG -6 AM 9:49
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

16 Items Received 7/24/15
Marc V. Eron

R. Tarony 7/24/15

16 Items turned over to custody of Clerk of Court, EDNY

Ernie Gao 7/24/15

Hublot (rose gold with black strap) #1978088 submitted to Clerk of Court EDNY
R. Tarony 8/6/15      Ernie Gao 8/6/15