BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

**AUGUST 14, 2015**
*Time in Court:   10 minutes*

DOCKET NUMBER:   CR 15-252 (RJD)

U.S.A. -v-   **JEFFREY WEBB (ON BOND)**
            **COUNSEL:   EDWARD O'CALLAGHAN (RETAINED)**

**AUSA: EVAN NORRIS, AMANDA HECTOR & KEITH EDELMAN**

COURT REPORTER:   *MARYAGNES DRURY*

X    CASE CALLED FOR STATUS CONFERENCE.
     DISCUSSION HELD.
     COURT IS ADVISED THAT DISCOVERY IS VOLUMINOUS AND UNDERWAY.
     COURT DESIGNATES CASE AS COMPLEX, WITH THE CONSENT OF COUNSEL,
     FOR DISCOVERY& SPEEDY TRIAL PURPOSES.
     COUNSEL JOINTLY REQUEST CASE BE ADJOURNED FOR 60 DAYS IN LIGHT
     OF THE VOLUMINOUS DISCOVERY.
     COURT APPROVES REQUEST.  TIME IS EXCLUDED FOR SPEEDY TRIAL
     PURPOSES. AND CASE IS ADJOURNED TO 10/9/15 AT 11:00AM.