UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JEFFREY WEBB,

Defendant.

15 Cr. 252 (RJD)

ORDER

WHEREAS, on July 18, 2015, the defendant Jeffrey Webb was arraigned on the indictment in this case and ordered released by the Honorable Vera M. Scanlon pursuant to a $10 million appearance bond and other conditions of release;

WHEREAS, on August 27, 2015, the defendant Jeffrey Webb, without objection from the government, moved to modify the conditions of his release to permit him to reside at his home in Loganville, Georgia and to add two additional sureties to co-sign the bond;

IT IS HEREBY ORDERED that the defendant Jeffrey Webb's conditions of release are modified as follows: (i) the defendant Jeffrey Webb is permitted to reside at his home in Loganville, Georgia under the same conditions of electronic monitoring, home detention, and security detail monitoring set forth on the bond dated July 18, 2015; and (ii) two additional sureties approved by the government shall execute the modified bond order within 7 days of entry of this Order;

IT IS FURTHER ORDERED that any transfer of supervision of the defendant Jeffrey Webb to the Northern District of Georgia will not occur until a date after September 1, 2015, but as soon as possible thereafter, as approved by Pretrial Services in this District and in the Northern District of Georgia, to permit coordination between the two districts regarding the defendant Jeffrey Webb's supervision;

IT IS FURTHER ORDERED that all other conditions of the bond executed on July 18, 2015 shall remain in place.

Dated: Brooklyn, New York
       August 28, 2015

S/Raymond J. Dearie

THE HONORABLE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK