# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Lee Vartan
(212) 513-3397
lee.vartan@hklaw.com

September 16, 2015

**VIA ECF**
The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *U.S. v. Davidson*, 15 CR 252 (RJD)
        **Request for Waiver of Appearance**

Your Honor:

      We are scheduled to appear before you on Friday for a status conference in the above-captioned matter.  Mr. Davidson is presently confined to his home, not working, and the expense of traveling to New York is significant to him. Accordingly, we would ask the Court waive Mr. Davidson's appearance at Friday's status conference.  The Government has been informed of our request, and has no objections.

      Sincerely,

      HOLLAND & KNIGHT LLP

      s/Lee Vartan
      Lee Vartan
      31 West 52nd Street
      New York, New York 10019

      *Attorneys for the Defendant*
      *Aaron Davidson*