BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

SEPTEMBER 18, 2015
*Time in Court:   15 minutes*

DOCKET NUMBER:   CR 15-252-10 & 11 (RJD)

U.S.A.  -v-   **ALEJANDRO BURZACO  (ON BOND) #10**
              **COUNSEL: SEAN CASEY & JOHN COURIEL (RETAINED)**
U.S.A.  -v-   **AARON DAVIDSON (ON BOND) #11**
              **COUNSEL: LEE VARTAN & JENNY KRAMER**

**AUSA:** Evan Norris, Sam Nitze, Darrin Laverne, Amanda Hector, Keith Edelman

COURT REPORTER:   *CHARLEANE HEADING*

X     CASE CALLED FOR STATUS CONFERENCE.
      DEFENDANT AARON DAVIDSON NOT PRESENT; COURT PREVIOUSLY
      GRANTED REQUEST OF DEFENSE COUNSEL TO WAIVE DEFENDANTS
      APPEARANCE.
      DISCUSSION HELD.
      CASE PREVIOUSLY DESIGNATED AS COMPLEX FOR DISCOVERY
      PURPOSES, EXCLUSION CONTINUES.
      CASE ADJOURNED TO 11/18/15 AT 10:00AM.