BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR ARRAIGNMENT & PLEA

NOVEMBER 3, 2015
Time in Court: 25 minutes

DOCKET NUMBER: CR 15-252-08 (RJD)

U.S.A. -v- JOSE MARIN (IN CUSTODY)
COUNSEL: CHARLES STILLMAN, JEFFREY CROCKETT and
JULIO BARBOSA (RETAINED)

AUSA EVAN NORRIS, SAM NITZE, M. KRISTEN MACE, TANYA HAJJAR
PORTUGUES INTERPRETER: ALEX LADD

COURT REPORTER: HOLLY DRISCOLL

X CASE CALLED FOR ARRAIGNMENT & PLEA.
INTERPRETER SWORN.
DEFENDANT WAIVES READING OF INDICTMENT AND ENTERS A PLEA
OF NOT GUILTY TO ALL CHARGES.
DEFENDANT RELEASE ON FOLLOWING BOND:
$15,000,000PRB WITH CONDITIONS. (*See bond with attachments A & B for conditions*)
CASE IS DESIGNATED AS COMPLEX FOR SPEEDY TRIAL PURPOSES, WITH
NO OBJECTION FROM COUNSEL.
**CASE ADJOURNED TO 12/16/15 AT 12:00PM.**