# Ballard Spahr LLP

919 Third Avenue, 37th Floor
New York, NY 10022-3915
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Charles A. Stillman
Tel: 212.223.0200 ext. 8015
Fax: 212.223.1942
stillmanc@ballardspahr.com

November 6, 2015

*By Electronic Filing*

Honorable Raymond Dearie
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Jose Maria Marin, 15 Cr. 205 (RJD)

Dear Judge Dearie:

I write to seek permission to extend the time to complete posting collateral for the bond of Mr. Marin's from today until Monday, November 16. I have consulted with Mr. Nitze and he consents.

I am this day filing my Notice of Appearance on behalf of Mr. Marin.

Respectfully yours,

Charles A. Stillman

CAS:cn

cc:   AUSA Samuel Nitze (by email)
      Kendall Coffey (by email)