## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**  Marilyn Go  **DATE :** 11/12/2015

**DOCKET NUMBER:** 15-CR-252(RJD)  **LOG # :** 2:20 - 2:40

DEFENDANT'S NAME : Jose maria Marin

___ Present  _X_ Not Present  ___ Custody  _X_ Bail

DEFENSE COUNSEL : Charles Allen Stillman  Erik Zissu

___ Federal Defender  ___ CJA  _X_ Retained

A.U.S.A: Samuel P. Nitze  DEPUTY CLERK : M. Sica

INTERPRETER : Odelia Ramos de Almeida  (Language) Portugese

___ Bond Signing  ___ Hearing held.  ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

_4_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___  Start___  Stop___

___ Order of Speedy Trial entered.  Code Type___  Start___  Stop___

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment

___ Status conference set for ___ @ ___ before Judge ___

OTHERS : ___