DAVID G. TORRES-SIEGRIST State Bar No. 220187
TORRES | SIEGRIST
225 S. Lake Avenue
Suite 300
Pasadena, CA 91101
Phone:      (626) 432-5460
Facsimile:  (626) 446-8927
dgts@icloud.com

Attorneys for Defendant EUGENIO FIGUEREDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | Case No.: 15 CR 0252(RJD)(RML) |
|---|---|
| vs. | [PROPOSED ORDER] ADMISSION TO PRACTICE PRO HAC VICE |
| JEFFREY WEBB, et al., | |
| Defendants. | |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney David G. Torres-Siegrist is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant EUGENIO FIGUEREDO.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed ~~case will~~ be made on the roll of attorneys.

Dated: 11/18/15

/s/ Judge Raymond J. Dearie
_____
UNITED STATES DISTRICT COURT JUDGE

cc:   Pro Hac Vice Attorney
      Court File