# CALENDAR: MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** James Orunstein  **DATE:** 11/19/15

**DOCKET NUMBER:** 15CR 252 (RJD)  **LOG #:** 2:18 - 2:35

**DEFENDANT'S NAME:** Jose Marin

___ Present  ✓ Not Present  ___ Custody  ✓ Bail

**DEFENSE COUNSEL:** Alec Lissu

___ Federal Defender  ___ CJA  ✓ Retained

**A.U.S.A:** Gam Nitze  **DEPUTY CLERK:** S Myunn

**INTERPRETER:** Alex Ladd  **(Language)** Portugese

_____ Hearing held.  _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

✓ Waldir Brasileiro  Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start_____ Stop_____

___ Order of Speedy Trial entered. Code Type___ Start_____ Stop_____

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** _____