# Ballard Spahr
#### LLP

919 Third Avenue, 37th Floor
New York, NY 10022-3915
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Charles A. Stillman
Tel: 212.223.0200 ext. 8015
Fax: 212.223.1942
stillmanc@ballardspahr.com

November 20, 2015

*By Electronic Filing*

Honorable Raymond Dearie
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    United States v. Webb, et al., 15 Cr. 252 (RJD)

Dear Judge Dearie:

I write to request a further extension of the time to complete the bail package of my client, Jose Maria Marin. Thus, I request that the time to deposit with the Clerk of the Court the $1 million cash component be extended until November 27th and the time to post the $2 million security bond until December 4.

I am authorized to say that AUSA Sam Nitze consents to this request.

Respectfully,

Charles A. Stillman

CAS:kj

cc:    AUSA Samuel Nitze (by email: Samuel.Nitze@usdoj.com)