UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
UNITED STATES OF AMERICA,

                                                **ORDER**
                                                **FOR ACCEPTANCE OF CASH BAIL**

          -against-

JOSE MARIA MARIN                          Docket No.  CR 15-252-08(RJD)

----------------------------------------------X

Bail having been fixed by Hon. __Raymond J. Dearie__, in the above entitled action in the amount of $ __15,000,000.00__ of which sum $ __1,000,000.00__ in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ __1,000,000.00__ when tendered on behalf of the above defendant.

**SO ORDERED.**

**Dated:**  **Brooklyn, New York**
          __11/6/15__

                                              /s/ Judge Raymond J. Dearie

                                              **RAYMOND J. DEARIE**
                                              **UNITED STATES DISTRICT JUDGE**

**Receipt No.** _____
**Money Deposited By:** _____
**address & Telephone** _____
                             _____
                             _____
                             _____