# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **FILED UNDER SEAL** |
| V. | Case Number: <u>15-CR-252 (RJD)</u> |
| **JOSÉ MARGULIES** | |

CONSENT TO HAVE A PLEA TAKEN
BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant, José Margulies

_____
U.S. Attorney Robert L. Capers
By AUSA Keith D. Edelman

_____
Defendant's Attorneys
Andrés Romero, Esq.
Jorge Mestre, Esq.

Dated: Brooklyn, New York
November 25, 2015

Before: _____
United States Magistrate Judge
Robert M. Levy