# Ballard Spahr LLP

919 Third Avenue, 37th Floor
New York, NY 10022-3915
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Charles A. Stillman
Tel: 212.223.0200 ext. 8015
Fax: 212.223.1942
stillmanc@ballardspahr.com

November 30, 2015

*By Electronic Filing*

Honorable Raymond Dearie
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Webb, et al., 15 Cr. 252 (RJD)

Dear Judge Dearie:

I write to report the status of posting the collateral for the bail of my client José Maria Marin. We had hoped to post the $1 million cash component today, but ran into some difficulty. In any event, a bank check in the amount of $769,000 will be filed with the Clerk of the Court tomorrow and the balance by Friday April 4th.

With respect to the $2 million dollar surety bond, a letter of credit has been obtained from a Brazilian bank and we are working with the surety to finalize the issuance of the bond. I remain hopeful that will be accomplished by Friday, April 4th, or within a short time of that date.

I request that the order directing security for the bail be modified as reflected in this letter.

AUSA Nitze advised me that the Government does not consent to this application.

Your Honor, please be assured that every effort is being made to fulfill the bail obligation.

Respectfully,

*/s/ Charles A. Stillman*

Charles A. Stillman

CAS:kj

cc:   AUSA Samuel Nitze (by email: Samuel.Nitze@usdoj.com)