UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

   -   against   -                                     15-CR-252 (RJD)

JEFFREY WEBB, et al.,

       Defendants.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE

Jorge A. Mestre of Rivero Mestre LLP,[1] admitted to practice law in the State of New York and before the United States District Court for the Eastern District of New York, appears as counsel for Jose Margulies in this matter.

Date: December 4, 2015

                                        Respectfully submitted,

                                        RIVERO MESTRE LLP
                                        Counsel for Jose Margulies
                                        2525 Ponce de Leon Boulevard
                                        Suite 1000
                                        Miami, Florida 33134
                                        Telephone: (305) 445-2500
                                        Fax: (305) 445-2505
                                        Email: jmestre@riveromestre.com
                                                             arivero@riveromestre.com
                                                             kblanson@riveromestre.com
                                                             dsox@riveromestre.com
                                                             eserve@riveromestre.com

                                        By: s/ Jorge A. Mestre_____
                                              Jorge A. Mestre

---

[1] Attorneys Andrés Rivero, Kadian Blanson, and Daniel Sox of Rivero Mestre LLP will file motions to appear pro hac vice on behalf of Mr. Margulies.