

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
www.flmd.uscourts.gov

**MEMORANDUM**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 14 2015 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA

VS.

HECTOR TRUJILLO

CASE NO: 6:15-mj-1658

---

| | |
|---|---|
| DATE: | December 4, 2015 |
| Your Case No.: | 15-CR-252(S-1) (RJD) |
| TO: | United States District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201-1818 |
| FROM: | Trish LeGros, Courtroom Deputy for<br>Gregory J. Kelly, United States Magistrate Judge<br><br>U.S. Courthouse<br>401 West Central Boulevard<br>Orlando, Florida 32801 |
| SUBJECT: | Rule 5(c) Proceedings |

The above styled case originated in your district. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

| | |
|---|---|
| INITIAL APPEARANCE: | December 4, 2015 |
| RELEASE/DETENTION: | The Defendant was ordered detained and removed to the charging district. |
| SCHEDULED HEARING: | Upon notice by the charging district. |
| CHARGING DOCUMENT: | Superseding Indictment |

Enclosures.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

United States of America
v.
HÉCTOR TRUJILLO

Case No. 15-CR-252 (S-1) (RJD)(RML)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HÉCTOR TRUJILLO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Racketeering Conspiracy, in violation of 18 USC 1962(d)
Wire Fraud Conspiracy, in violation of 18 USC 1349
Wire Fraud, in violation of 18 USC 1343
Money Laundering Conspiracy, in violation of 18 USC 1956(h)
Money Laundering, in violation of 18 USC 1956(a)(2)(A)

Date: 11/25/2015

*Issuing officer's signature*

City and state: Brooklyn, New York

Hon. Lois Bloom, U.S.M.J., E.D.N.Y.
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____   *Arresting officer's signature* |
| *Printed name and title* |

```
DSS:EMN/AH/DAL/SPN/MKM/PT/KDE/TH/BDM
F.#2015R00747
```

FILED
CLERK

2015 NOV 25 PM 3:26

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ALFREDO HAWIT,
ARIEL ALVARADO,
RAFAEL CALLEJAS,
BRAYAN JIMÉNEZ,
EDUARDO LI,
JULIO ROCHA,
RAFAEL SALGUERO,
COSTAS TAKKAS,
HÉCTOR TRUJILLO,
REYNALDO VASQUEZ,
JACK WARNER,
JUAN ÁNGEL NAPOUT,
MANUEL BURGA,
CARLOS CHÁVEZ,
LUÍS CHIRIBOGA,
MARCO POLO DEL NERO,
EDUARDO DELUCA,
RAFAEL ESQUIVEL,
EUGENIO FIGUEREDO,
NICOLÁS LEOZ,
JOSÉ MARIA MARIN,
JOSÉ LUÍS MEISZNER,
ROMER OSUNA,
RICARDO TEIXEIRA,
AARON DAVIDSON,
HUGO JINKIS, and
MARIANO JINKIS,

             Defendants.

- - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 15-252 (S-1) (RJD)
(T. 8, U.S.C., § 1451(e);
T. 18, U.S.C., §§
981(a)(1)(C), 982(a)(1),
982(a)(6), 982(b), 1343,
1349, 1425(a), 1512(c)(2),
1512(k), 1956(a)(2)(A),
1956(a)(2)(B)(i), 1956(h),
1957(a), 1957(b),
1957(d)(1), 1962(d), 1963,
1963(a), 1963(m), 2, and
3551 et seq.; T. 21,
U.S.C., § 853(p); T. 26,
U.S.C., § 7206(2); T. 28,
U.S.C., § 2461(c))



A TRUE COPY
ATTEST
DATE November 25, 2015
DOUGLAS C. PALMER
                           CLERK
BY R. Tarony
           DEPUTY CLERK

CONTENTS

INTRODUCTION TO ALL COUNTS .......................................1

   I.   The Enterprise........................................1

       A.   FIFA ...........................................2
       B.   The Continental Confederations ........................9
       C.   The Regional Federations and National Associations ..13
       D.   The Sports Marketing Companies .......................14

   II.  The Defendants.......................................15

       A.   CONCACAF Region Officials ............................15
       B.   CONMEBOL Region Officials ............................20
       C.   Sports Marketing Executives ..........................25

   III. The Defendants' Co-Conspirators......................27

       A.   Named Co-Conspirators ...............................27
       B.   Unnamed Co-Conspirators .............................32

   IV.  The Conspirators' Corruption of the Enterprise.........37

   V.   Overview of the Racketeering Conspiracy................39

       A.   The Initial Corruption of the Enterprise ............41
       B.   The Growth of the Sports Marketing Companies ........45
       C.   Embezzlement and Misappropriation ...................50
       D.   The Centrality of the U.S. Financial System .........50
       E.   Scandals and Resignations ...........................52
       F.   The Continued Corruption of the Enterprise ..........53
           i.   Pre-Indictment Period............................54
           ii.  Post-Indictment Period...........................59
       G.   Obstruction of Justice ..............................61

   VI.  The Criminal Schemes.................................62

       A.   CONMEBOL Copa América Scheme ........................62
       B.   CONCACAF Gold Cup Scheme .............................69
       C.   CONMEBOL Copa Libertadores Scheme #1 ................71
       D.   CONMEBOL Copa Libertadores Scheme #2 ................75
       E.   CBF Copa do Brasil Scheme ...........................80
       F.   CBF Sponsorship Scheme ..............................83
       G.   CFU World Cup Qualifiers Scheme #1 ..................86
       H.   2010 FIFA World Cup Vote Scheme .....................90

```
    I.   UNCAF Region World Cup Qualifiers Schemes ............ 96
         i.   FEDEFUT (Costa Rica) ............................ 100
         ii.  FENIFUT (Nicaragua) ............................. 103
         iii. FENAFUTH (Honduras) ............................. 105
         iv.  FESFUT (El Salvador) ............................ 107
         v.   FENAFUTG (Guatemala) ............................ 109
         vi.  FEPAFUT (Panama) ................................ 112
    J.   UNCAF Region Friendlies Schemes ...................... 114
         i.   FESFUT (El Salvador) ............................ 115
         ii.  FENAFUTG (Guatemala) ............................ 118
         iii. FEDEFUT (Costa Rica) ............................ 119
    K.   2011 FIFA Presidential Election Scheme ............... 120
    L.   CONCACAF Media and Marketing Rights Scheme ........... 124
    M.   CFU World Cup Qualifiers Scheme #2 ................... 131
    N.   CONCACAF Gold Cup/Champions League Scheme ............ 137
    O.   CONMEBOL/CONCACAF Copa América Centenario Scheme ..... 140

CRIMINAL COUNTS ............................................... 149

CRIMINAL FORFEITURE ALLEGATIONS ............................... 225
```

other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p))

A TRUE BILL

_Robert Heffern_
FOREPERSON

ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2015R00747
FORM DBD-34
JUN. 85

No. 15-252 (S-1) (RJD)

# UNITED STATES DISTRICT COURT
## EASTERN *District of* NEW YORK
### CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

ALFREDO HAWIT, ARIEL ALVARADO, RAFAEL CALLEJAS, BRAYAN JIMÉNEZ, EDUARDO LI, JULIO ROCHA, RAFAEL SALGUERO, COSTAS TAKKAS, HÉCTOR TRUJILLO, REYNALDO VASQUEZ, JACK WARNER, JUAN ÁNGEL NAPOUT, MANUEL BURGA, CARLOS CHÁVEZ, LUÍS CHIRIBOGA, MARCO POLO DEL NERO, EDUARDO DELUCA, RAFAEL ESQUIVEL, EUGENIO FIGUEREDO, NICOLÁS LEOZ, JOSÉ MARIA MARIN, JOSÉ LUÍS MEISZNER, ROMER OSUNA, RICARDO TEIXEIRA, AARON DAVIDSON, HUGO JINKIS, and MARIANO JINKIS,

Defendants.

## SUPERSEDING INDICTMENT

(T. 8, U.S.C., § 1451(e); T. 18, U.S.C., §§ 981(a)(1)(C), 982(a)(1), 982(a)(6), 982(b), 1343, 1349, 1425(a), 1512(c)(2), 1512(k), 1956(a)(2)(A), 1956(a)(2)(B)(i), 1956(h), 1957(a), 1957(b), 1957(d)(1), 1962(d), 1963, 1963(a), 1963(m), 2, and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 26, U.S.C. § 7206(2); T. 28, U.S.C. § 2461(c))

*A true bill.*   Robert Heffernan

_____
*Foreperson*

*Filed in open court this* _____ *day.*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Evan M. Norris, Amanda Hector, Darren A. LaVerne, Samuel P. Nitze, M. Kristin Mace, Paul Tuchmann, Keith D. Edelman, Tanya Hajjar, and Brian Morris, Assistant U.S. Attorneys (718) 254-7000*

CLOSED, CUSTODY, INTERPRETER

## U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:15-mj-01658-GJK All Defendants
## Internal Use Only

Case title: USA v. Trujillo

Date Filed: 12/04/2015
Date Terminated: 12/04/2015

Assigned to: Magistrate Judge Gregory J. Kelly

**Defendant (1)**

Hector Trujillo
*TERMINATED: 12/04/2015*

represented by **Maria Guzman**
Federal Public Defender's Office
Ste 300
201 S Orange Ave
Orlando, FL 32801-3417
407/648-6338
Fax: 407/648-6095
Email: Maria_Guzman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1962-7480.F RACKETEERING

**Disposition**

**Plaintiff**

USA

represented by **James D. Mandolfo**
US Attorney's Office - FLM
Suite 3100
400 W Washington St
Orlando, FL 32801
407/648-7500
Fax: 407/648-7643

Email: James.Mandolfo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2015 | 1 | Arrest (Rule 5(c)(2)) of Hector Trujillo from Eastern District of New York-Brooklyn on charges of Racketeering (PML) (Entered: 12/04/2015) |
| 12/04/2015 | 2 | Minute Entry for proceedings held before Magistrate Judge Gregory J. Kelly: Initial Appearance in Rule 5(c)(3) Proceedings as to Hector Trujillo held on 12/4/2015. (Digital) (Interpreter: Claudia Villalba/Spanish) (PML) (Entered: 12/04/2015) |
| 12/04/2015 | 3 | **ORDER appointing Spanish interpreter in this case for all further proceedings as to Hector Trujillo. Signed by Magistrate Judge Gregory J. Kelly on 12/4/2015. ctp. (PML)** (Entered: 12/04/2015) |
| 12/04/2015 | 4 | ***CJA 23 Financial Affidavit by Hector Trujillo (PML) (Entered: 12/04/2015) |
| 12/04/2015 | 5 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Hector Trujillo. Signed by Magistrate Judge Gregory J. Kelly on 12/4/2015. ctp.(PML)** (Entered: 12/04/2015) |
| 12/04/2015 | 6 | WAIVER of Rule 5(c)(3) Hearing by Hector Trujillo. (PML) (Entered: 12/04/2015) |
| 12/04/2015 | 7 | **COMMITMENT TO ANOTHER DISTRICT as to Hector Trujillo. Defendant committed to the Eastern District of New York-Brooklyn. Signed by Magistrate Judge Gregory J. Kelly on 12/4/2015. ctp.(PML)** (Entered: 12/04/2015) |
| 12/04/2015 | 8 | **ORDER OF REMOVAL pursuant to Rule 5(c)(2) to Eastern District of New York-Brooklyn as to Hector Trujillo. Signed by Magistrate Judge Gregory J. Kelly on 12/4/2015. ctp.(PML)** (Entered: 12/04/2015) |
| 12/04/2015 |  | (Court only) ***COPIES provided to US Marshal 7 Commitment to Another District, 8 Order of Removal Rule 32.1 or 5(c)(2) as to Hector Trujillo (PML) (Entered: 12/04/2015) |
| 12/04/2015 | 9 | TRANSFER Rule(5)(c)(3) to Eastern District of New York-Brooklyn as to Hector Trujillo. Court documents mailed. (PML) (Entered: 12/04/2015) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                 Case No: 6:15-mj-1658

**HECTOR TRUJILLO**

AUSA: James Mandolfo
Defense Attorney: Maria Guzman

| JUDGE: | **GREGORY J. KELLY**<br>United States Magistrate Judge | DATE AND TIME:<br><br>TOTAL TIME: | **December 4, 2015**<br>3:39 P.M.- 3:49 P.M.<br>10 minutes |
|---|---|---|---|
| DEPUTY CLERK: | Trish LeGros | RECORDING: | Digital |
| INTERPRETER: | Claudia Villalba-Spanish | PRETRIAL: | Brandon Ramirez |

## CLERK'S MINUTES
### INITIAL APPEARANCE
### (RULE 5C FROM THE EASTERN DISTRICT OF NEW YORK-BROOKLYN)
**Defendant was arrested today.**

Case called, appearances made, procedural setting by the Court.
Interpreter placed under oath.
Court advises defendant of his rights.
No issue as to identity.
Government summarizes the charges in the Superseding Indictment.
Government advises of the potential penalties.
Defendant requests court appointed counsel; Court appoints FPD for proceedings today in MDFL.
The Government advises that the Guatemalan Consulate has been notified of defendant's arrest.
Defendant waives Rule 5 & 5.1 hearings and will be transported by USM to the charging district.

Court adjourned.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                        CASE NO: 6:15-mj-1658

HECTOR TRUJILLO

### ORDER FOR INTERPRETER'S SERVICES

On finding that the services of an interpreter are necessary for interpreting judicial proceedings herein it is, in accordance with the Court Interpreter's Act,

ORDERED that Spanish interpreter to serve at all further judicial proceedings before the Court in this case, with leave to submit claim for compensation therefor at the conclusion of the case on forms of the Clerk in accordance with the Act and regulations promulgated thereunder.

**DONE** and **ORDERED** in Orlando, Florida on December 4, 2015.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant
District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 6:15-mj-1658

HECTOR TRUJILLO

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on December 4, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Federal Public Defender
District Judge

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                      CASE NO: 6:15-mj-1658

HECTOR TRUJILLO

Charging District's
Case No. 15-CR-252 (S-1) (RJD)(RML)

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I, **Hector Trujillo**, understand that I have been charged in another district, the Eastern District of New York-Brooklyn

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

**I AGREE TO WAIVE MY RIGHT(s) TO:**

☐ an identity hearing and production of the warrant

☐ a preliminary hearing

☐ a detention hearing

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

December 4, 2015

_____
Defendant's Signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**UNITED STATES OF AMERICA**

**VS.**

**HECTOR TRUJILLO**

_Defendant_

**CASE NO: 6:15-mj-1658**

Charging District's
Case No. 15-CR-252 (S-1) (RJD)(RML)

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the    Eastern District of New York-Brooklyn.

The defendant may need an interpreter for this language:    Spanish.

The defendant:    will retain an attorney.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

**Date:** 12/4/15

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 6:15-mj-1658

HECTOR TRUJILLO

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Hector Trujillo, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Superseding Indictment from Eastern District of New York-Brooklyn was held on December 4, 2015.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that HECTOR TRUJILLO is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that HECTOR TRUJILLO be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 4, 2015.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Federal Public Defender
District Judge