# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**  Robert M. Levy     **DATE :** 12/15/15

**DOCKET NUMBER:**  15CR252(RJD)     **LOG #:**  4:45- 5:27

**DEFENDANT'S NAME :**  Juan Angel Napout
  **X** Present  ___ Not Present   **X** Custody  ___ Bail

**DEFENSE COUNSEL :**  John ~~Jim~~ Pappalardo
  ___ Federal Defender  ___ CJA   **X** Retained

**A.U.S.A:**  Kristin Mace     **DEPUTY CLERK :**  Felix Chin

**INTERPRETER :**  Estrelita Plested    (Language) **Spanish** on standby

___ Hearing held.  ___ Hearing adjourned to ___

√ Defendant was released on  $20 million  PRB with/~~without~~ some conditions.

√ Defendant was advised of bond conditions by the Court and signed the bond.

2 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___ Start___ Stop___

**X** Order of Speedy Trial entered.  Code Type___ Start 12/15/15 Stop 1/15/16

**X** Defendant's first appearance.  **X** Defendant arraigned on the superseding indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

**X** Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

**X** Status conference set for  3/16/16  @ 12:00 pm  before Judge  Dearie

**OTHERS:**  Dfse counsel admitted Pro Hac Vice.