UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-

Juan Angel Napout

------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 15 2015 ★

BROOKLYN OFFICE

ORDER
FOR ACCEPTANCE OF CASH BAIL

Docket No. 15 CR 252 (RJD)

Bail having been fixed by Hon. __Levy__, in the above entitled action in the amount of $ __20 million__ of which sum $ __10 million__ in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ __10 million__ when tendered on behalf of the above defendant.

**SO ORDERED.**

Dated: Brooklyn, New York
        12/15/15

                                      s/Robert Levy
                                   UNITED STATES MAGISTRATE JUDGE

Receipt No. _____
**Money Deposited By:** _____
**address & Telephone** _____