## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**     Robert M. Levy                    **DATE :**  12/15/15

**DOCKET NUMBER:**     15CR252(RJD)          **LOG # :**  2:49 – 2:54

**DEFENDANT'S NAME :**     Rafael Callejas
               _X_ Present       ___ Not Present       _X_ Custody       ___ Bail

**DEFENSE COUNSEL :**     Manuel Retureta
               ___ Federal Defender     ___ CJA     _X_ Retained

**A.U.S.A:**   Paul Tuchmann          **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :**  Estrelita Plested          (Language)  Spanish on standby

_____ Hearing held.   _____ Hearing adjourned to _____

_____ Defendant was released on _____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

_√_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.   Code Type ____   Start ____   Stop ____

_X_ Order of Speedy Trial entered.   Code Type ____   Start 12/15/15   Stop 3/16/16

_X_ Defendant's first appearance.   _X_ Defendant arraigned on the superseding indictment.

_____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

_X_ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

_X_ Status conference set for  3/16/16  @  12:00 pm  before Judge  **Dearie**

**OTHERS :** _____