BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR ARRAIGNMENT & PLEA

DECEMBER 16 2015
*Time in Court:*  25  *minutes*

DOCKET NUMBER:   CR 15-252(S-1)08 (RJD)

U.S.A.  -v-   **JOSE MARIN(ON BOND)**
         **COUNSEL:   CHARLES STILLMAN, JULIO BARBOSA &**
         **JEFFREY CROCKETT(RETAINED)**

AUSA    EVAN NORRIS, SAM NITZE, AMANDA HECTOR, KEITH EDELMAN
PORTUGUES INTERPRETER: ALEX LADD

COURT REPORTER:   ANGELA GRANT

- X   CASE CALLED FOR ARRAIGNMENT & PLEA.
- X   PORTUGUES INTERPRETER PREVIOUSLY SWORN.
- X   DEFENDANT WAIVES READING OF INDICTMENT AND ENTERS A PLEA OF NOT GUILTY TO ALL CHARGES AS TO SUPERSEDING INDICTMENT (S-1).
- X   DISCUSSION HELD REGARDING POSTING OF OUTSTANDING SECURITY COURT: SECURITY WILL BE POSTED BE 1/15/2016.
- X   **CASE ADJOURNED TO** 3/16/16 **AT 12:00PM; MOTION SCHEDULE WILL BE SET AT NEXT CONFERENCE, IF APPROPRIATE.**
- X   **FOR THE REASONS STATED ON THE RECORD, EXCLUSION CONTINUES. CASE PREVIOUSLY DESIGNATED AS COMPLEX.**