BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

<u>CRIMINAL CAUSE FOR ARRAIGNMENT & PLEA</u>

<u>DECEMBER 6, 2015</u>
*Time in Court:  25  minutes*

DOCKET NUMBER:   CR 15-252(S-1)11 (RJD)

**U.S.A.  -v-   AARON DAVIDSON(ON BOND)**
**COUNSEL: LEE VARTAN & JENNY KRAMER (RETAINED)**

**AUSA   EVAN NORRIS, SAM NITZE, AMANDA HECTOR, KEITH EDELMAN**

COURT REPORTER:   ANGELA GRANT

X   CASE CALLED FOR ARRAIGNMENT & PLEA.

X   DEFENDANT WAIVES READING OF INDICTMENT AND ENTERS A PLEA
     OF NOT GUILTY  TO ALL CHARGES AS TO SUPERSEDING INDICTMENT (S-1).

X   **CASE ADJOURNED TO** 3/16/16 **AT 12:00PM; MOTION SCHEDULE WILL**
     **BE SET AT NEXT CONFERENCE, IF APPROPRIATE.**

X   **FOR THE REASONS STATED ON THE RECORD, EXCLUSION CONTINUES.**
     **CASE PREVIOUSLY DESIGNATED AS COMPLEX.**