UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES OF AMERICA,

                                    **ORDER**
                                    **FOR ACCEPTANCE OF CASH BAIL**

-against-

Rafael Callejas

Docket No. 15 CR 252 (RJD)

-------------------------------------------------X

Bail having been fixed by Hon. **Robert Levy**, in the above entitled action in the amount of $ **4 million** of which sum $ **810,000.00** in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ **810,000.00** when tendered on behalf of the above defendant.

**SO ORDERED.**

Dated: Brooklyn, New York

      12/17/15

/s/ MJ Levy

UNITED STATES MAGISTRATE JUDGE

Receipt No. _____
Money Deposited By: Manuel Retureta
address & Telephone 300 New Jersey Ave, NW #900
Washington DC 20009
202 549.0679

```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653096192
Cashier ID: emanson
Transaction Date: 12/17/2015
Payer Name: Retureta PPLC
----------------------------------
TREASURY REGISTRY
 For: Rafael Callejas
 Case/Party: D-NYE-1-15-CR-000252-017
 Amount:          $100,000.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:   $100,000.00
----------------------------------
Total Due:       $100,000.00
Total Tendered:  $100,000.00
Change Amt:      $0.00
```

```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653096193
Cashier ID: emanson
Transaction Date: 12/17/2015
Payer Name: Lisandro Flores Alfaro
--------------------------------
TREASURY REGISTRY
 For: Rafael Callejas
 Case/Party: D-NYE-1-15-CR-000252-017
 Amount:        $100,000.00
--------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $100,000.00
--------------------------------
Total Due:      $100,000.00
Total Tendered: $100,000.00
Change Amt:     $0.00
```

```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653096194
Cashier ID: emanson
Transaction Date: 12/17/2015
Payer Name: Lisandro Flores Alfaro
--------------------------------
TREASURY REGISTRY
 For: Rafael Callejas
 Case/Party: D-NYE-1-15-CR-000252-017
 Amount:       $610,000.00
--------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $610,000.00
--------------------------------
Total Due:      $610,000.00
Total Tendered: $610,000.00
Change Amt:     $0.00
```