

A. John Pappalardo
Tel (617) 310-6072
Fax (617) 279-8472
PappalardoJ@gtlaw.com

December 18, 2015

**Via Electronic Case Filing**

Honorable Robert M. Levy
United States Magistrate Judge
United States Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: **United States v. Webb et al (15cr252)**

Dear Judge Levy:

    Juan Angel Napout through his counsel, A. John Pappalardo, hereby requests that the court extend the time for satisfaction of the monetary component of the agreed upon Appearance Bond set at Mr. Napout's arraignment on December 15, 2015.  Mr. Napout has already caused the sum of $10,000,000 cash to be deposited with the court.  He needs additional time to have monies transferred from non U.S. banks to fully satisfy the agreement.  This is Mr. Napout's first request for an extension of time.  We request an extension from today, December 18, 2015 to Wednesday, December 23, 2015.  AUSA Kristin Mace has been consulted and consents to this extension of time.

Respectfully,

*A. John Pappalardo/LAS*

A. John Pappalardo

cc: AUSA Kristin Mace (via ECF notification)

*MIA 185030347v1*

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
One International Place ■ Boston, MA 02110 ■ Tel 617.310.6000 ■ Fax 617.310.6001