## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Robert M. Levy        **DATE :   12/17/15**

**DOCKET NUMBER:**   15CR252(RJD)        **LOG # :**  2:15 - 2:32

**DEFENDANT'S NAME :**   Rafael Callejas
   ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL :**   Manuel Retureta
   ___ Federal Defender    ___ CJA    ✓ Retained

**A.U.S.A:**   ~~Paul Tuchmann~~  Amanda Hector        **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :**   Rosa Olivera    (Language)   Spanish

_____ Hearing held.   _____ Hearing adjourned to _____

✓ Defendant was released on $4 million PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

6 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

1 ~~Additional~~ surety (ies) to co-signed bond by 12/17/15 in Utah before release

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:**  Dfse counsel + gov't agree on a $4 million bond.