## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Robert M. Levy          **DATE :**   12/18/15

**DOCKET NUMBER:**   15CR252(RJD)          **LOG # :**   4:38 - 4:49

**DEFENDANT'S NAME :**   Eduardo Li
   √ Present   ___ Not Present   √ Custody   ___ Bail

**DEFENSE COUNSEL :**   Samuel Rosenthal
   ___ Federal Defender   ___ CJA   √ Retained

**A.U.S.A:**   Paul Tuchmann          **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :**   Maristela Vivastegvi   (Language)   Spanish

_____ Hearing held.   _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

√ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

√ Defendant's first appearance.   √ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

√ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

√ Status conference set for   3/16/16 @ 12:00   before Judge   Dearie

**OTHERS :**