UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

RAFAEL CALLEJAS
-------------------------------------------------X

FILED
CLERK

2015 DEC 18 PM 4:41

U.S. DISTRICT COURT
EASTERN DISTRICT

**ORDER
FOR ACCEPTANCE OF CASH BAIL**

Docket No. 15 CR 252 (RJD)

Bail having been fixed by Hon. Robert Levy, in the above entitled action in the amount of $ 4 million of which sum $ 340,000.00 in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ 340,000.00 when tendered on behalf of the above defendant.

**SO ORDERED.**

Dated: Brooklyn, New York
       12/17/15

/S/ Judge Robert Levy
------------------------------
**UNITED STATES MAGISTRATE JUDGE**

Receipt No. _____
Money Deposited By: MANUEL RETURETA
address & Telephone  601 PENNSYLVANIA AVE NW
                     202-549-0679

```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653096236
Cashier ID: emanson
Transaction Date: 12/21/2015
Payer Name: Lisandro Flores Alfaro
-----------------------------------
TREASURY REGISTRY
 For: Rafael Callejas
 Case/Party: D-NYE-1-15-CR-000252-017
 Amount:         $180,000.00
-----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $180,000.00
-----------------------------------
Total Due:      $180,000.00
Total Tendered: $180,000.00
Change Amt:     $0.00
```

```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653096235
Cashier ID: emanson
Transaction Date: 12/21/2015
Payer Name: Retureta Wassem
-----------------------------------
TREASURY REGISTRY
 For: Rafael Callejas
 Case/Party: D-NYE-1-15-CR-000252-017
 Amount:        $160,000.00
-----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $160,000.00
-----------------------------------
Total Due:      $160,000.00
Total Tendered: $160,000.00
Change Amt:     $0.00
```