## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Peggy Kuo  **DATE:** 12/30/15

**DOCKET NUMBER:** 15CR252(RJD)  **LOG #:** 2:24 – 2:30

**DEFENDANT'S NAME:** Hector Trujillo
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

**DEFENSE COUNSEL:** Deirdre Von Dornum
✓ Federal Defender  ___ CJA  ___ Retained

**A.U.S.A:** Paul Tuchmann + Amanda Hector  **DEPUTY CLERK:** Felix Chin

**INTERPRETER:** Rosa Olivera  (Language) Spanish

___ Hearing held. Detention  Hearing adjourned to 1/7/16 @ 2:00

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___  Start___  Stop___

✓ Order of Speedy Trial entered.  Code Type___  Start 12/30/15  Stop 3/16/16

✓ Defendant's first appearance.  ✓ Defendant arraigned on the superseding indictment.

✓ Attorney Appointment of ✓ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

✓ Status conference set for 3/16/16 @ 12:00 before Judge Dearie

**OTHERS:** Temporary order of detention entered.