# RETURETA & WASSEM, P.L.L.C.
### ATTORNEYS AT LAW
300 New Jersey Avenue, NW ~ Suite 900
Washington, D.C. 20001
www.returetawassem.com

Manuel J. Retureta, Esq. (DC)
Leigh Anne Wassem, Esq. (MD)

(202) 450-6119
Fax: (202) 347-0130

January 6, 2016

**Via Electronic Case Filing**
The Honorable Robert M. Levy
United States Magistrate Judge
United States Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

**Re:  *United States v. Rafael Callejas,* 15-252 (Def. #17) (RJD)**

Dear Judge Levy:

On behalf of my client, Rafael Callejas, I respectfully request a brief extension of time within which to file documents in support of his bond.

On December 17, 2015, this Court approved a bond package and as of this date $1,150,000.00 has been paid to the Clerk of the Court.  As part of the bond requirements, the Court also ordered that supporting documentation related to property and monetary liens be perfected and filed with the Court by no later than today, January 6, 2016.  However, delays associated with holiday scheduling and court closures have delayed the effort and additional time is needed.

Accordingly, we request additional time within which to file the documentation.  With the consent of government counsel, we respectfully request that the January 6th date be extended to Friday, January 15, 2016.  This is Mr. Callejas' first such request, and government counsel have been consulted and have provided their consent.

Sincerely,

Manuel J. Retureta, Esq.

cc: Counsel of record (by ECF) & Clerk of Court (RJD) (by ECF)