# CALENDAR: MAGISTRATE JUDGE'S PROCEEDING

BEFORE: LEVY, R., USMJ    DATE: Jan. 14, 2016    TIME: 4:30 p.m.

DOCKET# 15 CR 252 (RML)(RJD)

DEFT NAME: Alfredo Hawit

　　 X present ＿＿not present　　 X custody ＿＿bail

DEFENSE COUNSEL: Justin Weddle

　　 X present ＿＿not present　　＿＿CJA　　＿＿FD　　 X RET

INTERPRETER(s): Maristela Verastegui

AUSA: Amanda Hector, Paul Tuchmann, Keith Edelman    OTHER: PTSO Ashley Calvi

CLERK: Jared Goldman

FTR start and end times 4:42-5:32

　X　CASE CALLED

CRIMINAL CAUSE FOR:

＿＿ Status Conference　　＿＿ Waiver of Speedy Trial/Indictment

 X  Detention Hearing　　＿＿ Bail Application

＿＿ Removal Hearing　　＿＿ Other:＿＿＿＿＿＿＿＿＿＿＿＿＿＿

*****************************************************************

**ORDER:**

＿＿ Temporary detention order entered and detention hearing set for ＿/＿/＿ before Judge ＿＿＿＿＿＿＿＿ at ＿＿＿＿＿

＿＿ Bail package presented by defendant; application denied.

 X  Permanent detention order entered with leave to reapply in the future. Continued Detention Hearing set for 1/21/2016 at 3:30 p.m.

＿＿ Surety(ies) sworn and advised of obligations on bond; signature approved.

＿＿ Bond issued.

＿＿ Defendant released (after advised of penalties/sanctions for non-compliance with conditions of bond).

＿＿ Parties will continue plea negotiations. Next Conference at＿＿

＿＿ Time is excluded as per the order of excludable delay to