# Ballard Spahr LLP

919 Third Avenue, 37th Floor
New York, NY 10022-3915
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Charles A. Stillman
Tel: 212.223.0200 ext. 8015
Fax: 212.223.1942
stillmanc@ballardspahr.com

February 4, 2016

*By Electronic Filing*

The Honorable Raymond J. Dearie
U.S. District Judge, EDNY
United States District Court
225 Cadman Plaza East
Room 9125
Brooklyn, NY 11201-1818

Re: Bail Status of Jose Maria Marin, 15-CR-252 (S-1) (RJD)

Dear Judge Dearie:

I am pleased to report that all current issues concerning the bail status of Jose Maria Marin have been resolved subject to your approval. In my letter to the Court of January 14, I advised that the only unresolved item was a $2 million dollar Corporate Surety Bond. We had been working to get such a bond, but in light of economic conditions in Brazil, it has proved to be impossible. As reported by Bloomberg on January 21, 2016 the "economy [of Brazil] has sunk into a recession so deep Goldman Sachs calls it an 'outright economic depression.'" (Bloomberg QuickTake, January 16, 2016.)

I have had several discussions with AUSA Sam Nitze and he consents to this application to substitute $200,000 in cash for the Corporate Surety Bond.

Accordingly I respectfully request that the Order Setting Conditions of Release and Bond for Jose Maria Marin, as of November 3, 2015, be amended to substitute for the $2 million Corporate Surety Bond the amount of $200,000 cash. That $200,000 cash is to be added to the $1 million dollars currently posted with the Clerk of Eastern District of New York. I anticipate that the additional funds will be filed with the clerk no later than Friday, February 12, 2016.

Thank you for your consideration.

Respectfully,

Charles A. Stillman
CAS:adk

cc: Assistant U.S. Attorney Samuel Nitze (By E-Mail)