SENTENCE DATE: **8/5/16 @10:00AM**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

RAFAEL CALLEJAS,

        Defendant.
------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 28 2016 ★
BROOKLYN OFFICE

GUILTY PLEA
**ORDER OF REFERRAL**
CR -15-252-17 (RJD)

DEARIE, DISTRICT JUDGE.

    The Court refers an application by the defendant for permission to enter a plea of GUILTY to the assigned Magistrate Judge to conduct an allocution pursuant to Rule 11 of the Fed. R. Crim. P., and to: (a) find if the plea is knowingly and voluntarily made and not coerced; and (b) recommend if the plea of GUILTY should be accepted, reporting the undersigned as soon as practicable. With oral consent of the parties on the record, the probation department's investigation of the defendant may commence as soon as the allocution is completed by the Magistrate Judge.

SO ORDERED.
Dated:   Brooklyn, New York
         3/15/16

                /S/Raymond J. Dearie
                RAYMOND J. DEARIE
                UNITED STATES DISTRICT JUDGE

Voluntarily consented to after full consultation by defendant with counsel. Defendant will suffer no prejudice by not consenting. If there is no consent, the District Court Judge assigned or, in his absence, the Miscellaneous Judge will act.

Defendant: _____

Attorney for Defendant: _____

U.S. Attorney by A.U.S.A.: _____

Magistrate Judge:    s/Robert M. Levy
Dated:   Brooklyn, New York
         3/28/16

***AUSA DIRECTED TO SEND A SIGNED COPY OF PLEA AGREEMENT TO MS. MULQUEEN.
***SENTENCING SUBMISSIONS, IF ANY, DUE AS FOLLOWS: DEFENSE: TWO WEEKS PRIOR TO SENTENCE;
                                                   GOVERNMENT: ONE WEEK PRIOR TO SENTENCE.