## CRIMINAL CAUSE FOR PLEADING

**BEFORE: MAGISTRATE JUDGE LEVY**       **DATE:** March 28, 2016
   15 CR 252 (RJD)(RML)                      United States v. Rafael Callejas

**DEFENDANT:** Rafael Callejas
   ____present   ____not present   ____cust.   **X** bail

**DEFENSE COUNSEL:** Manuel Retureta
   ____present   ____not present   ____CJA   **X** RET   ____FD

**AUSA:** Paul Tuchmann                **CLERK:** Leslie Rubin

**INTERPRETER:** N/A

**Court Reporter:** Lisa Schwam

✓ CASE CALLED           ___ DEFT'S FIRST APPEARANCE
DEFT: ✓ SWORN   ___ ARRAIGNED   ✓ INFORMED OF RIGHTS

____ WAIVER OF INDICTMENT FILED
____ INFORMATION FILED
____ DEFTs ENTER GUILTY PLEA TO COUNT(S)_____
      OF THE (SUPERSEDING) INDICTMENT/INFORMATION
✓ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO
     COUNT(s) 1, 3 OF THE (SUPERSEDING) INDICTMENT/~~INFORMATION~~
✓ COURT FINDS FACTUAL BASIS FOR THE PLEA
✓ SENTENCING SET FOR 8/5/16 AT 10:00 a.m. BEFORE J. Dearie
____ SENTENCING TO BE SET BY PROBATION
____ BAIL:___SET   ___CONT'D FOR DEFT.   ___CONT'D IN CUSTODY
____ CASE ADJOURNED TO_____AT_____
____ (SEALED) TRANSCRIPT ORDERED

**OTHER:** Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.