

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PT:MKM

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 28, 2017

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Alfredo Hawit, et al.
               <u>Criminal Docket No. 15-252 (S-1) (PKC) (RML)</u>

Dear Judge Chen:

      The government respectfully requests leave to file under seal and <u>ex parte</u> its application of March 27, 2017 (the "Application") for an order permitting deferred disclosure in the above-captioned case of the search warrant and affidavit in support of the warrant signed by the Honorable Robert M. Levy, United States Magistrate Judge, on March 24, 2017 (17-MISC-271). The government's request for under seal and <u>ex parte</u> filing are made pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure and for the reasons set forth in the Application.

                                              Respectfully submitted,

                                              BRIDGET M. ROHDE
                                              Acting United States Attorney

                       By:     /s/
                              Samuel P. Nitze
                              M. Kristin Mace
                              Keith D. Edelman
                              Assistant U.S. Attorneys
                              (718) 254-7000

cc:    Counsel of record (by ECF)
       Clerk of Court (PKC) (by ECF)