

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PT:SPN/MKM/KDE

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 8, 2017

<u>By Hand and ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Juan Ángel Napout, et al.
     <u>Criminal Docket No. 15-252 (S-2) (PKC) (RML)</u>

Dear Judge Chen:

  On March 10, 2017, the government filed a bill of particulars pursuant to the Court's February 17, 2017 Order ("Order") granting in part and denying in part defendant Juan Ángel Napout's motion for a bill of particulars and directing the government to list "the transactions—for example, the marketing contracts, broadcasting contracts, tournament hosting designations, etc.—that the Government will seek to prove were tainted by an unlawful conspiracy of which Napout was a part." (Bill of Particulars, ECF Dkt. No. 550; Order, ECF Dkt. No. 542, at 21.) In accordance with the Order, the government hereby submits an amended bill of particulars, which identifies the particular tournaments, tournament editions, and related contracts that were tainted by the conduct of the three trial defendants.[1] <u>See</u> Fed. R. Crim. Proc. 7(f) ("The government may amend a bill of particulars subject to such conditions as justice requires."); <u>United States v. Salazar</u>, 485 F.2d 1272, 1277 (2d Cir. 1973) (affirming district court's acceptance of supplemental bill of particulars). (<u>See also</u> Bill of Particulars, at 3 (reserving right to amend)).

---

[1] As detailed in its Motion To Admit Certain Racketeering Evidence (ECF Dkt. No. 622), the government anticipates offering evidence of transactions tainted by the unlawful conduct of others as direct proof of the charged enterprise and corruption thereof, relationships of trust among the co-conspirators, and the nature and continuity of the charged racketeering conspiracy, as well as the defendants' other conduct evidencing knowledge, intent, and identity with respect to the charged crimes. <u>See</u> <u>United States v. Baez</u>, 349 F.3d 90, 93 (2d Cir. 2003) ("It is well settled that in prosecutions for racketeering offenses, the government may introduce evidence of uncharged offenses to establish the existence of the criminal enterprise.").

Defendants Juan Ángel Napout, Manuel Burga, and José Maria Marin each directly participated in the following tainted transactions:

| Years/Cycles[2] | Tournaments & Matches | Contracts[3] |
|---|---|---|
| 2015<br>2016<br>2019<br>2023 | Copa América and<br>Copa América Centenario | FIFA00176776-76786<br>FIFA00013412-13456 |
| 2010 – 2022 | Copa Libertadores<br>Copa Sudamericana<br>Recopa Sudamericana | FIFA00013580-13586<br>FIFA00013752-13772<br>FIFA00014062-14076 |

Defendant Napout also directly participated in the following tainted transactions:

| Years/Cycles | Tournaments & Matches | Contracts |
|---|---|---|
| 2010 World Cup<br>2014 World Cup<br>2018 World Cup | Asociación Paraguaya de Fútbol – World Cup Qualifier Matches | FIFA12949499-49541<br>FIFA12949756-49771 |

Defendant Marin also directly participated in the following tainted transactions:

| Years/Cycles | Tournaments & Matches | Contracts |
|---|---|---|
| 2015 – 2022 | Copa do Brasil | FIFA00055856-55870 |
| 2018 World Cup<br>2012 – 2022<br>Friendlies | Confederação Brasileira de Futebol – World Cup Qualifier and Friendly Matches | FIFA00056212-56227<br>FIFA12990071-90147<br>FIFA00055799-55806<br>FIFA00056160-56173 |

---

[2] The "Years/Cycles" indicated in each chart reflects the period covered by the contracts tainted by the specified defendant's conduct.

[3] As an aid to the defendants' review of discovery, the Bates ranges specified in the "Contracts" column reference contracts tainted by the specified defendant's involvement in the payment or receipt of bribes or agreement to pay or receive bribes. In many instances, these contracts were later supplemented and amended, which supplements and amendments also were tainted, as were other related contracts. Many of the contacts at issue were produced from various sources and thus appear in multiple Bates ranges in the discovery, not all of which are listed here.

The government reserves the right to amend this bill of particulars.

                                 Respectfully submitted,

                                 BRIDGET M. ROHDE
                               Acting United States Attorney

By:       /s/
                               Samuel P. Nitze
                               M. Kristin Mace
                               Keith D. Edelman
                               Assistant U.S. Attorneys
                               (718) 254-7000

cc:     Clerk of Court (PKC) (by ECF)
        Counsel of record (by ECF)