

Elliot H. Scherker
Co-Chair, National Appellate Practice Group
Tel 305.579.0579
Fax 305.579.0717
scherkere@gtlaw.com

December 3, 2017

**VIA ECF**

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Juan Ángel Napout</u>, Case No. 15-cr-00252-PKC

Dear Judge Chen:

      On behalf of the defendant, Juan Ángel Napout, we submit this letter in response to the government's letter motion dated December 2, 2017 regarding the admissibility of certain emails of Mr. Napout. (DE:826).

      While preserving his prior objections to the introduction of Government Exhibits 800 through 977, Mr. Napout has no further objections to the exhibits listed on pages 3 through 9 of the government's letter motion. Mr. Napout reserves the right to move into evidence any additional emails produced by Microsoft in response to the government's search warrant, as may be necessary or appropriate under the rule of completeness, or to explain or otherwise elucidate the emails the governments has identified in its letter motion.

      Respectfully submitted,

      <u>/s/ Elliot H. Scherker</u>
      Elliot H. Scherker

cc: Counsel of Record via ECF