# Bruce L. Udolf, P.A.

Attorneys at Law
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (954) 858-8831
budolf@bruceudolf.com

December 4, 2017

**By Electronic Filing**

Honorable Pamela K. Chen
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Manuel Burga, *et al*.
                Case No. 15-cr-252

Dear Judge Chen:

     On behalf of Defendant Manuel Burga, the undersigned files this letter in response to the Government's letter motion of December 2, 2017, regarding its intent to offer certain email exhibits.

     The Defendant has no further objections other than those previously raised with regard to any and all references to any criminal investigation(s) against Manuel Burga in Peru. The undersigned respectfully requests the Court to reconsider its prior ruling with regard to the admissibility of such references in view of now apparent paucity of evidence that the Defendant Burga conspired to violate the RICO statute.

                                                     Sincerely,

                                                     **BRUCE L. UDOLF, P.A.**

                                                     *Bruce Udolf*

                                                     Bruce Udolf

c: Counsel of Record via ECF