UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JUAN ÁNGEL NAPOUT,
MANUEL BURGA, and
JOSÉ MARIA MARIN,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -X

Docket No. 15–CR-252 (S-2) (PKC)

V E R D I C T   S H E E T

## COUNT ONE
### Racketeering Conspiracy

As to defendant JUAN ÁNGEL NAPOUT:

                Guilty _____    Not Guilty _____

As to defendant MANUEL BURGA:

                Guilty _____    Not Guilty _____

As to defendant JOSÉ MARIA MARIN:

                Guilty _____    Not Guilty _____

## COUNT TWO
### Wire Fraud Conspiracy – Copa Libertadores

As to defendant JUAN ÁNGEL NAPOUT:

                                                Guilty _____   Not Guilty _____

As to defendant JOSÉ MARIA MARIN:

                                                Guilty _____   Not Guilty _____

## COUNT THREE
### Money Laundering Conspiracy – Copa Libertadores

As to defendant JUAN ÁNGEL NAPOUT:

                                                Guilty _____   Not Guilty _____

As to defendant JOSÉ MARIA MARIN:

                                                Guilty _____   Not Guilty _____

## COUNT FOUR
### Wire Fraud Conspiracy – Copa do Brasil

As to defendant JOSÉ MARIA MARIN:

                                                Guilty _____   Not Guilty _____

## COUNT FIVE
### Money Laundering Conspiracy – Copa do Brasil

As to defendant JOSÉ MARIA MARIN:

                                                Guilty _____   Not Guilty _____

## COUNT SIX
### Wire Fraud Conspiracy – Copa América

As to defendant JUAN ÁNGEL NAPOUT:

        Guilty _____  Not Guilty _____

As to defendant JOSÉ MARIA MARIN:

        Guilty _____  Not Guilty _____

## COUNT SEVEN
### Money Laundering Conspiracy – Copa América

As to defendant JUAN ÁNGEL NAPOUT:

        Guilty _____  Not Guilty _____

As to defendant JOSÉ MARIA MARIN:

        Guilty _____  Not Guilty _____