**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of December, two thousand and eighteen.

_____

United States of America,

   Appellee,

v.

Hector Trujillo,

   Defendant - Appellant.

_____

**ORDER**

Docket No. 17-3705

Appellant Hector Trujillo moves to withdraw his appeal docketed under 17-3705 because the appeal has become moot.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 12/27/2018**