**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-15-252 |
|---|---|
| DEFENDANT<br>Brayan Jimenez | TYPE OF PROCESS<br>Amended Preliminary Order of Forfeitur |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | United States Marshals Service |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 225 Cadman Plaza East, NY 11201 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Breon Peace, United States Attorney<br>Eastern District of New York<br>271 Cadman Plaza East, Seventh Floor<br>Brooklyn, New York 11201<br>Attn: AUSA, Brian Morris | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                    Fold

Please deposit the UBS Bank check #0002506576 in the amount of $1,696,233.74 into the seized asset deposit fund.

15-FBI-005617

SADF

| Signature of Attorney other Originator requesting service on behalf of:<br>*Nicole Brown for Brian Morris* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>718 254-7000 | DATE<br>8/7/24 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 53 | District to Serve<br>No. 53 | Signature of Authorized USMS Deputy or Clerk<br>*Teresa Kwan* | Date<br>8/7/2024 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>8/8/24 | Time<br>☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>*Teresa Kwan* |

RECEIVED-USMS EDNY
AUG 7 '24 AM 11:18

| Service Fee<br>$65.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>$65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: $1,696,233.74 deposited into SADF on 8/8/2024.

D53: 2015-CR-00252-5

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 08 2019 ★

BROOKLYN OFFICE

SPN/BDM/MKM/KDE
F.#2015R00747

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

BRAYAN JIMÉNEZ,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMENDED
PRELIMINARY ORDER
OF FORFEITURE

15 CR 252 (S-1) (PKC)

WHEREAS, on or about July 29, 2016, BRAYAN JIMÉNEZ (the "defendant"), entered a plea of guilty to Counts One and Forty-Two of the above-captioned Superseding Indictment, charging violations of 18 U.S.C. § 1962(d) and 18 U.S.C. § 1349;

WHEREAS, the defendant acknowledges that money and property are subject to forfeiture as a result of his violations of 18 U.S.C. § 1962(d) and 18 U.S.C. § 1349, as alleged in the Superseding Indictment; and

WHEREAS, pursuant to 18 U.S.C. §§ 1963(a), 981(a)(1)(C), and 28 U.S.C. § 2461(c), the defendant consents to the forfeiture of : (a) the sum of three hundred fifty thousand dollars and no cents ($350,000.00) (the "Forfeiture Money Judgment"), which represents monies that the defendant received in bribes and/or kickbacks in connection with schemes relating to World Cup qualifying matches and international friendly matches involving the Guatemalan national soccer team, (b) all right, title and interest in the property listed in Exhibit A and Exhibit C attached hereto (the "First Set of Assets"), and (c) all right, title and interest in the property listed in Exhibit B attached hereto (the "Second Set of Assets" and, together with the First Set of Assets, the "Forfeited Assets"), as: (i) property acquired and

Case 1:15-cr-00252-PKC-RML    Document 2049    Filed 08/08/24    Page 3 of 23 PageID #: 36179
Case 1:15-cr-00252-PKC-RML    Document 1195    Filed 02/08/19    Page 2 of 22 PageID #: 18583

2

maintained in violation of 18 U.S.C. § 1962, property and contractual rights that afford a source

of influence over the enterprise that the defendant established, operated, controlled, conducted

and participated in the conduct of, in violation of 18 U.S.C. § 1962, property derived from

proceeds obtained, directly and indirectly, from racketeering activity, in violation of 18 U.S.C.

§ 1962, and/or as substitute assets in accordance with the provisions of 18 U.S.C. § 1963(m); and

(ii) property, real or personal, which constitutes or is derived from proceeds traceable to the

defendant's violation of 18 U.S.C. § 1349, and/or as substitute assets in accordance with the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent, by and

between the United States and the defendant as follows:

1.      The defendant shall forfeit to the United States the full amount of the

Forfeiture Money Judgment and the Forfeited Assets, pursuant to 18 U.S.C. §§ 1963(a) and (m),

18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

2.      The defendant shall pay the sum of fifty thousand dollars and no cents

($50,000.00) towards the Forfeiture Money Judgment on or on or before the date that is one (1)

month after he pleads guilty (the "Initial Due Date"), and shall pay the sum of fifty thousand

dollars and no cents ($50,000.00) towards the Forfeiture Money Judgment on or before the date

that is eighteen (18) months after he pleads guilty (the "Second Due Date" and, together with the

First Due Date, the "Applicable Due Date") .

3.      The defendant acknowledges that the U.S. Attorney's Office, at its sole

discretion, may seek to forfeit the Forfeited Assets and the amount of the Forfeiture Money

Judgment through commencement of an administrative or civil forfeiture proceeding.    The

Case 1:15-cr-00252-PKC-RML   Document 2049   Filed 08/08/24   Page 4 of 23 PageID
Case 1:15-cr-00252-PKC-RML   Document 1195   Filed 02/08/19   Page 3 of 22 PageID #: 18584
#: 36189

3

defendant consents to the entry of an administrative declaration of forfeiture as to the Forfeited

Assets and any payments made towards the Forfeiture Money Judgments and waives the

requirements of 18 U.S.C. § 983 regarding notice of seizure in non-judicial forfeiture matters.

The defendant further waives the filing of a civil forfeiture complaint as to the Forfeited Assets

and any payments made towards the Forfeiture Money Judgment in accordance with the

procedures set forth in 18 U.S.C. § 983.   The defendant agrees to execute any documents

necessary to effectuate the administrative or civil forfeiture of the Forfeited Assets and any

payments made towards the Forfeiture Money Judgment.   The value of the First Set of Assets

shall not be credited towards payment of the Forfeiture Money Judgment.   Upon final forfeiture

of the Second Set of Assets to the United States, the value thereof shall be credited towards

payment of the Forfeiture Money Judgment.

      4.      All payments towards the Forfeiture Money Judgment shall be made by

certified or bank check, payable to the United States Marshals Service, and delivered by hand or

overnight courier in accordance with the Forfeiture Payment Schedule to Assistant United States

Attorney Brian Morris, United States Attorney's Office, Eastern District of New York, 271

Cadman Plaza East, Brooklyn, New York 11201, with the criminal docket number noted on the

face of the checks.   The defendant acknowledges that all funds paid by the defendant pursuant to

this paragraph, together with the Forfeited Assets, shall be subject to a restitution hold to ensure

their availability to satisfy any order of restitution entered at sentencing for the benefit of any

individuals or entities that qualify as victims under the provisions set forth in 18 U.S.C. §§ 3663

and 3663A.   In the event that the Court enters an order of restitution for the benefit of any such

victim or victims at the time of sentencing, the Office may request remission or restoration by

Case 1:15-cr-00252-PKC-RML   Document 2049   Filed 08/08/24   Page 5 of 23 PageID
Case 1:15-cr-00252-PKC-RML   Document 1105   Filed 02/08/19   Page 4 of 22 PageID #: 18585
#: 18618

4

the Attorney General or his designee of all funds paid by the defendant pursuant to this

paragraph, up to the total amount of the restitution ordered, in accordance with the provisions of

18 U.S.C. § 1963(g), 21 U.S.C. § 853(i), and 28 C.F.R. Part 9.   The defendant acknowledges

that the decision to grant remission or restoration of such property lies within the sole and

exclusive discretion of the Attorney General or his designee and that, only if granted, will such

funds be transferred to the Clerk of Court in full or partial satisfaction of the order of restitution.

        5.      If any payments towards the Forfeiture Money Judgments are not paid on

or before the Applicable Due Date, interest shall accrue on any unpaid portion thereof from that

date at the judgment rate of interest set forth in 18 U.S.C. § 3612(f)(2) (the "Judgment Rate").

Beginning on the date of sentencing, interest shall accrue at the Judgment Rate on any balance of

the Forfeiture Money Judgment not paid in accordance with the schedule set forth in the

judgment.   If the defendant fails to pay (a) any portion of the Forfeiture Money Judgment on or

before the Applicable Due Date or (b) the full amount of the Forfeiture Money Judgment on or

before the date of sentencing, the defendant consents to the forfeiture of any other property of his

up to the outstanding amount of the Forfeiture Money Judgment, pursuant to 18 U.S.C.

§ 1963(m), 21 U.S.C. § 853(p), the Federal Debt Collection Procedures Act, or any other

applicable law.

        6.      Upon entry of this Order, the United States Attorney General or his

designee is authorized to seize the Forfeited Assets and to conduct any proper discovery, in

accordance with Fed. R. Crim. P. 32.2(b)(3) and (c) and to commence any applicable proceeding

to comply with statutes governing third-party rights, including giving notice of this order.

Case 1:15-cr-00252-PKC-RML    Document 2049    Filed 08/08/24    Page 6 of 23 PageID
#: 36182
Case 1:15-cr-00252-PKC-RML    Document 1195    Filed 02/08/19    Page 5 of 22 PageID #: 18586

5

7.      The United States shall publish notice of this Preliminary Order, in accordance with the custom and practice in this district, on the government website www.forfeiture.gov, of its intent to dispose of the Forfeited Assets in such a manner as the Attorney General or his designee may direct.   The United States may, to the extent practicable, provide direct written notice to any person known or alleged to have an interest in the Forfeited Assets as a substitute for published notice as to those persons so notified.

8.      Any person, other than the defendant, asserting a legal interest in the Forfeited Assets may, within thirty (30) days of the final publication of notice or receipt of notice, or no later than sixty (60) days after the first day of publication on an official government website, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the Forfeited Assets, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6) and 18 U.S.C. § 1963(l).   Any petition filed in response to notice of the forfeiture of the Forfeited Assets must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, and interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

9.      The defendant agrees to fully assist the government in effectuating the forfeiture of the Forfeited Assets and the payment of the Forfeiture Money Judgment by, among other things, executing any documents necessary to effectuate the transfer of title of the Forfeited Assets or any substitute assets to the United States.   The defendant agrees not to file or interpose any claim or to assist others to file or interpose any claim to the Forfeited Assets or any property

6

against which the government seeks to execute the Forfeiture Money Judgments in any administrative or judicial proceeding.

10.    The failure of the defendant to forfeit any monies and/or properties as required herein, including the failure of the defendant to execute any document to accomplish same on timely notice to do so, shall constitute a material breach of his agreement with the government.    Upon such a breach, the defendant will not be entitled to withdraw the plea, but the Office may bring additional criminal charges against the defendant.

11.    The defendant knowingly and voluntarily waives his right to any required notice concerning the forfeiture of the monies and/or properties forfeited hereunder, including notice set forth in an indictment or information.    In addition, the defendant knowingly and voluntarily waives his right, if any, to a jury trial on the forfeiture of said monies and/or properties, and waives all constitutional, legal and equitable defenses to the forfeiture of said monies and/or properties, including, but not limited to, any defenses based on principles of double jeopardy, the Ex Post Facto Clause of the Constitution, the statute of limitations, venue or any defense under the Eighth Amendment, including a claim of excessive fines.    The defendant agrees that forfeiture of the Forfeited Assets and entry or payment of the Forfeiture Money Judgment is not to be considered a fine, penalty, restitution loss amount, or any income taxes or civil penalties that may be due and shall survive bankruptcy.

12.    Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), this Preliminary Order of Forfeiture is hereby made final as to the defendant.    Pursuant to Fed.R. Crim. P. 32.2(b)(4)(B), this Order shall be made part of the defendant's sentence and included in his judgment of conviction.    If no third party files a timely claim, this Order, together with Supplemental Orders

Case 1:15-cr-00252-PKC-RML   Document 2049   Filed 08/08/24   Page 8 of 23 PageID #: 36184
Case 1:15-cr-00252-PKC-RML   Document 1195   Filed 02/08/19   Page 7 of 22 PageID #: 18588

7

of Forfeiture, if any, shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).   At that time, the properties forfeited herein shall be forfeited to the United States for disposition in accordance with the law.

      13.    The terms contained herein shall be final and binding only upon the Court's "so ordering" of this Order.

      14.    This Order shall be binding upon the defendant and the successors, administrators, heirs, assigns and transferees of the defendant, and shall survive the bankruptcy of any of them.

      15.    The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

      16.    The Clerk of the Court is directed to send, by inter-office mail, five certified copies of this executed Order to FSA Paralegal Nicole Brown, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201.

Dated: Brooklyn, New York
      February _8_, 2019

                                  s/PKC

                        _____
                        HONORABLE PAMELA K. CHEN
                        UNITED STATES DISTRICT JUDGE
                        EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

ANY AND ALL FUNDS ON DEPOSIT IN ABM AMRO ACCOUNT NUMBER 242069819 HELD IN THE NAME OF TYC INTERNATIONAL B.V., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN AMICORP BANK AND TRUST LIMITED ACCOUNT NUMBER 1016060012020101 HELD IN THE NAME OF LISBURN STRATEGIES INC, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BAC INTERNATIONAL BANK INC. ACCOUNT NUMBER 109860312 HELD IN THE NAME OF REYNALDO ALAN VASQUEZ, UP TO AND INCLUDING THE SUM OF THREE HUNDRED FORTY THOUSAND DOLLARS AND NO CENTS ($340,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCA PRIVADA ANDORRA ACCOUNT NUMBER AD10 0006 0008 2212 0013 3501 HELD IN THE NAME OF NORTHMEX INVESTMENT S.A., UP TO AND INCLUDING THE SUM OF SIX HUNDRED TWENTY THREE THOUSAND DOLLARS AND NO CENTS ($623,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO BILBAO VIZCAYA ARGENTARIA ACCOUNT NUMBER 7584831 HELD IN THE NAME OF PRODUCTORA DE EVENTOS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO CITIBANK (PANAMA) S.A. ACCOUNT NUMBER 000-045-01-020018-7 HELD IN THE NAME OF LEXANI ADVISORS, INC., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO CITIBANK (PANAMA) S.A. ACCOUNT NUMBER 000-045-01-020008-2 HELD IN THE NAME OF SPONSPORTS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO FICOHSA (HONDURAS) ACCOUNT NUMBER 012071023682 HELD IN THE NAME OF SANTA FE INVERSIONES BIENES, UP TO AND INCLUDING THE SUM OF FIVE HUNDRED THIRTY-FOUR THOUSAND NINE HUNDRED SEVENTY DOLLARS AND NO CENTS ($534,970.00), AND ALL PROCEEDS TRACEABLE THERETO;

Case 1:15-cr-00252-PKC-RML   Document 1195   Filed 02/08/19   Page 9 of 22 PageID #: 18590

ANY AND ALL FUNDS ON DEPOSIT
IN BANCO HAPOALIM (LATIN
AMERICA) S.A. ACCOUNT NUMBER
105940 HELD IN THE NAME OF
HUGO JINKIS, UP TO AND
INCLUDING THE SUM OF THREE
HUNDRED SIX THOUSAND THIRTY
DOLLARS AND NO CENTS
($306,030.00), AND ALL
PROCEEDS TRACEABLE THERETO

ANY AND ALL SECURITIES AND
FUNDS ON DEPOSIT IN BANCO
ITAU INTERNATIONAL ACCOUNT
NUMBER 6085700 HELD IN THE
NAME OF AW GROUP INVESTMENTS
LTD, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL SECURITIES AND
FUNDS ON DEPOSIT IN BANCO
ITAU INTERNATIONAL ACCOUNT
NUMBER JT2-005418 HELD IN THE
NAME OF AW GROUP INVESTMENTS
LTD, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANCO ITAU URUGUAY S.A.
ACCOUNT NUMBER 0327642 HELD
IN THE NAME OF HUGO VICTOR
JINKIS, UP TO AND INCLUDING
THE SUM OF TWO MILLION
TWENTY-ONE THOUSAND SEVEN
HUNDRED FIFTY DOLLARS AND NO
CENTS ($2,021,750.00), AND
ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANC AGRICOL REIG S.A.
ACCOUNT NUMBER AD45 0001 0000
4066 9990 0100 HELD IN THE
NAME OF EXPERTISE TRAVEL
S.A., AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANC AGRICOL REIG S.A.
ACCOUNT NUMBER AD44 0001 0000
4066 9990 7102 HELD IN THE
NAME OF EXPERTISE TRAVEL
S.A., AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANC AGRICOL REIG S.A.
ACCOUNT NUMBER AD82 0001 0000
4066 3320 0100 HELD IN THE
NAME OF SUPPORT TRAVEL S.L.,
AND ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANK BOSTON ACCOUNT NUMBER
865801 HELD IN THE NAME OF
CROSS TRADING S.A., AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANK BOSTON ACCOUNT NUMBER
9429175007 HELD IN THE NAME
OF CROSS TRADING S.A., AND
ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL SECURITIES AND
FUNDS ON DEPOSIT IN BANK
HAPOALIM ACCOUNT NUMBER
50919711 HELD IN THE NAME OF
YORKFIELDS CORP. S.A., AND
ALL PROCEEDS TRACEABLE
THERETO;

- 2 -

ANY AND ALL FUNDS ON DEPOSIT IN BANK ITAU S.A. ACCOUNT NUMBER 00064-5 HELD IN THE NAME OF KLEFER PRODUCOES E PROMOCOES LTDA, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK ITAU S.A. ACCOUNT NUMBER 01578-4 HELD IN THE NAME OF PALLAS OPERADORA TURISTICA LTDA., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK ITAU S.A. ACCOUNT NUMBER 3413001602469 HELD IN THE NAME OF ALEXANDER KENNETH WILLY, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER 1901345313 HELD IN THE NAME OF CROSS TRADING S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER 898039768279 HELD IN THE NAME OF GRUPO ESQUIVEL INC, UP TO AND INCLUDING THE SUM OF ONE MILLION FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($1,500,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NO. 005484991468, HELD IN THE NAME OF BANCO ITAÚ INTERNATIONAL (MIAMI), UP TO AND INCLUDING THE SUM OF ONE MILLION NINE HUNDRED SIXTEEN THOUSAND, SEVEN HUNDRED NINETY-THREE DOLLARS AND TWENTY-SIX CENTS ($1,916,793.26), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER 05566001506 HELD IN THE NAME OF SPONSPORTS LLC, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER 8980 3490 4164 HELD IN THE NAMES OF RAFAEL ESQUIVEL MELO, JULIA DE ESQUIVEL, UP TO AND INCLUDING THE SUM OF EIGHT HUNDRED EIGHTY THOUSAND DOLLARS AND NO CENTS ($880,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANKINTER ACCOUNT NUMBER 01280072160160000283 HELD IN THE NAME OF JULIO ROCHA LOPEZ, UP TO AND INCLUDING THE SUM OF ONE HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

- 3 -

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN BOLTON GLOBAL CAPITAL, INC. ACCOUNT NUMBER 39K 310728 HELD IN THE NAME OF FAGAT INTERNATIONAL INC., UP TO AND INCLUDING THE SUM OF FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($500,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN BOLTON GLOBAL CAPITAL, INC. ACCOUNT NUMBER 39K310678 HELD IN THE NAME OF JORGE CASTELLI, VIVIANA DELUCA, AND MARIA BERGALO, UP TO AND INCLUDING THE SUM OF FOUR HUNDRED SIXTY SIX THOUSAND, SIX HUNDRED SIXTY SIX DOLLARS AND SIXTY SEVEN CENTS ($466,666.67)AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN BOLTON GLOBAL CAPITAL, INC. ACCOUNT NUMBER 39K310686 HELD IN THE NAME OF JORGE CASTELLI AND YESICA DELUCA, UP TO AND INCLUDING THE SUM OF TWO HUNDRED THIRTY THREE THOUSAND, THREE HUNDRED THIRTY THREE DOLLARS AND THIRTY THREE CENTS ($233,333.33) AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN BOLTON GLOBAL CAPITAL, INC. ACCOUNT NUMBER 39K-310694 HELD IN THE NAME OF GEMINI GLOBAL TRADING LTD, UP TO AND INCLUDING THE SUM OF ONE MILLION EIGHT HUNDRED NINETY-EIGHT THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($1,898,500.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CAIXABANK ACCOUNT NUMBER ES2721006617840700074480M HELD IN THE NAME OF RAFAEL ESQUIVEL MELO, UP TO AND INCLUDING THE SUM OF ONE HUNDRED THOUSAND EUROS AND NO CENTS (€100,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

CHIPS WIRE REFERENCE NUMBER 201505290001258 IN THE AMOUNT OF APPROXIMATELY ONE MILLION FOUR HUNDRED EIGHTY-EIGHT THOUSAND THREE HUNDRED THIRTY-SEVEN DOLLARS AND NO CENTS ($1,488,337.00) SENT ON OR ABOUT MAY 25, 2015 FROM PERFORM MEDIA CHANNELS LTD THROUGH BANK HAPOALIM USA IN NEW YORK FOR THE BENEFIT OF ACCOUNT NUMBER 7063420 HELD IN THE NAME OF FULL PLAY GROUP AT BANK HAPOALIM IN SWITZERLAND.

- 4 -

ANY AND ALL FUNDS ON DEPOSIT IN CITIBANK ACCOUNT NUMBER 3107121520 HELD IN THE NAME OF AARON DAVIDSON, UP TO AND INCLUDING THE SUM OF THREE HUNDRED SEVENTY-SIX THOUSAND SEVEN HUNDRED TWENTY-SEVEN DOLLARS AND NINETY-SIX CENTS ($376,727.96);

ANY AND ALL FUNDS ON DEPOSIT IN CITIBANK ACCOUNT NUMBERS 3108115098 HELD IN THE NAME OF AARON DAVIDSON AND 3109545641 HELD IN THE NAMES OF AARON DAVIDSON AND MICHELLE DRYJANSKY, UP TO AND INCLUDING THE SUM OF FOUR HUNDRED THREE THOUSAND FIVE HUNDRED TWENTY-SIX DOLLARS AND NO CENTS ($403,526.00); ANY AND ALL FUNDS ON DEPOSIT IN CITIBANK ACCOUNT NUMBER 36181683 HELD IN THE NAME OF TORNEOS Y COMPETENCIAS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN DISCOUNT BANK LATIN AMERICA ACCOUNT NUMBER 1813536 HELD IN THE NAME OF FULL PLAY GROUP S.A. / DIZMUR S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN ESPIRITO SANTO BANK ACCOUNT NUMBER 116450091 HELD IN THE NAMES OF RAFAEL ESQUIVEL MELO OR JULIA VELASQUEZ DE ESQUIVEL, UP TO AND INCLUDING THE SUM OF ONE MILLION DOLLARS AND NO CENTS ($1,000,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN ESPIRITO SANTO BANK ACCOUNT NUMBER 106209114 HELD IN THE NAME OF MANOLIS LIMITED, UP TO AND INCLUDING THE SUM OF ONE MILLION ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($1,100,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN ING BANK ACCOUNT NUMBER 0020081375 HELD IN THE NAME OF TORNEOS TRAFFIC SPORTS MARKETING, AND ALL PROCEEDS TRACEABLE THERETO; ANY AND ALL FUNDS ON DEPOSIT IN INTERAUDI BANK ACCOUNT NUMBER 724093 HELD IN THE NAME OF T&T SPORTS MARKETING LTD., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN INTERAUDI BANK ACCOUNT NUMBER 723621 HELD IN THE NAME OF PRODUCTORA DE EVENTOS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN JP MORGAN CHASE BANK
ACCOUNT NUMBER 400584549 HELD
IN THE NAME OF VALENTE CORP.,
AND ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN JP MORGAN CHASE BANK
ACCOUNT NUMBER 739144642 HELD
IN THE NAME OF VALENTE CORP.,
AND ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN JP MORGAN CHASE BANK
ACCOUNT NUMBER 9491569332
HELD IN THE NAME OF VALENTE
CORP., AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN JP MORGAN CHASE BANK
ACCOUNT NUMBER 9491589157
HELD IN THE NAME OF SOMERTON
LIMITED, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN JP MORGAN CHASE BANK
ACCOUNT NUMBER 9491732773
HELD IN THE NAME OF SOMERTON
LIMITED, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL SECURITIES AND
FUNDS ON DEPOSIT IN JP MORGAN
CHASE BANK ACCOUNT NUMBER
M47929001 HELD IN THE NAME OF
MANZINITASTREET HOLDINGS
LIMITED, AND ALL PROCEEDS
TRACEABLE THERETO.

ANY AND ALL FUNDS ON DEPOSIT
IN LOYAL BANK LIMITED ACCOUNT
NUMBER 10401246906840 HELD IN
THE NAME OF KOSSON VENTURES,
INC., UP TO AN INCLUDING THE
SUM OF FOUR HUNDRED TEN
THOUSAND SIX HUNDRED DOLLARS
AND NO CENTS ($410,600.00),
AND ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL SECURITIES AND
FUNDS ON DEPOSIT IN MORGAN
STANLEY ACCOUNT NUMBER
852001718 HELD IN THE NAME OF
FIRELLI INTERNATIONAL LTD.
M2F3447, UP TO AND INCLUDING
THE SUM OF FIVE MILLION SEVEN
HUNDRED THOUSAND DOLLARS AND
NO CENTS ($5,700,000.00), AND
ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN MULTIBANK INC. ACCOUNT
NUMBER 1001255890 HELD IN THE
NAME OF SPORT TOURNAMENTS &
RIGHTS, INC., AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN PRIVATE BANK OF BUCKHEAD
ACCOUNT NUMBER 205001308 HELD
IN THE NAME OF KENDRA GAMBLE-
WEBB, UP TO AN INCLUDING THE
SUM OF ONE MILLION SIXTY-
SEVEN THOUSAND THIRTY-FIVE
DOLLARS AND FOURTEEN CENTS
($1,067,035.14), AND ALL
PROCEEDS TRACEABLE THERETO;

- 6 -

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN UBS ACCOUNT NUMBER R201414K1 HELD IN THE NAME OF LISBURN STRATEGIES INC, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN UBS ACCOUNT NUMBER WT624543 HELD IN THE NAMES OF RAFAEL ESQUIVEL, JULIA DE ESQUIVEL AND DANIEL ESQUIVEL, UP TO AND INCLUDING THE SUM OF ONE MILLION FIVE HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($1,550,000.00);

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN UBS ACCOUNT NUMBER WT704680 HELD IN THE NAME OF MANOLIS LIMITED, UP TO AND INCLUDING THE SUM OF TWO MILLION NINE HUNDRED NINETY-FIVE THOUSAND DOLLARS AND NO CENTS ($2,995,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN UBS ACCOUNT NUMBER WT625226 HELD IN THE NAME OF BENZ HOLDINGS INC, AND ALL PROCEEDS TRACEABLE THERETO;

ONE FERRARI 458 SPIDER BEARING VEHICLE IDENTIFICATION NUMBER ZFF68NHA5F0209919;

THE REAL PROPERTY AND PREMISES LOCATED AT 1700 KENNEDY CAUSEWAY, UNIT 1607, NORTH BAY VILLAGE, FLORIDA 33141 ALSO KNOWN AS 7901 HISPANOLA AVENUE, APARTMENT 1607, NORTH BAY VILLAGE, FLORIDA 33141;

THE REAL PROPERTY AND PREMISES LOCATED AT 2116 ADEL DRIVE, LOGANVILLE, GEORGIA 30052;

THE REAL PROPERTY AND PREMISES LOCATED AT 5119 MADELINE PLACE, STONE MOUNTAIN, GEORGIA 30083;

THE REAL PROPERTY AND PREMISES LOCATED AT 7222 LAKE CROSSING, STONE MOUNTAIN, GEORGIA 30087;

THE REAL PROPERTY AND PREMISES LOCATED AT 104 ELLIS DRIVE, CONYERS, GEORGIA 30012;

THE REAL PROPERTY AND PREMISES LOCATED AT 808 BRICKELL KEY DRIVE, APARTMENT NO. 1204, MIAMI, FLORIDA 33131;

THE REAL PROPERTY AND PREMISES LOCATED AT 18067 NW 74TH COURT, HIALEAH, FLORIDA 33015;

THE REAL PROPERTY AND PREMISES LOCATED AT 18061 NW 74TH COURT, HIALEAH, FLORIDA 33015;

- 7 -

THE REAL PROPERTY AND
PREMISES LOCATED AT 18055 NW
74TH COURT, HIALEAH, FLORIDA
33015;

THE REAL PROPERTY AND
PREMISES LOCATED AT 18049 NW
74TH COURT, HIALEAH, FLORIDA
33015;

THE REAL PROPERTY AND
PREMISES LOCATED AT 18043 NW
74TH COURT, HIALEAH, FLORIDA
33015;

THE REAL PROPERTY AND
PREMISES LOCATED AT 8450 SW
149TH AVENUE, APARTMENT NO.
805, MIAMI, FLORIDA 33193;

THE REAL PROPERTY AND
PREMISES LOCATED AT 8660 SW
149TH AVENUE, APARTMENT NO.
201, MIAMI, FLORIDA 33193;
and

THE REAL PROPERTY AND
PREMISES LOCATED AT 8660 SW
149TH AVENUE, APARTMENT NO.
209, MIAMI, FLORIDA 33193.

- 8 -

**EXHIBIT B**

No Assets

## EXHIBIT C

ANY AND ALL FUNDS ON DEPOSIT
IN BANK JULIUS BAER ACCOUNT
NUMBER 0011799574 HELD IN THE
NAME OF ARCO BUSINESS AND
DEVELOPMENTS LTD, AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANK JULIUS BAER ACCOUNT
NUMBER CH0508515030922842001
HELD IN THE NAME OF FPT
SPORTS S.A., AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANK JULIUS BAER ACCOUNT
NUMBER CH7008515000153142001
HELD IN THE NAME OF TINDOS,
UP TO AND INCLUDING THE SUM
OF ONE MILLION TWO HUNDRED
ONE THOUSAND ONE HUNDRED
DOLLARS AND NO CENTS
($1,201,100.00), AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANCO ATLANTIDA (HONDURAS)
ACCOUNT NUMBER 1203091754
HELD IN THE NAME OF ANDRES
ENRIQUE ASFURA R., UP TO AND
INCLUDING THE SUM OF THIRTY
THOUSAND DOLLARS AND NO CENTS
($30,000.00), AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANCO DE COSTA RICA
ACCOUNT NUMBER 00102606330
HELD IN THE NAME OF ZEBOL
CONSTRUCCIONES Z B, S.A., UP
TO AND INCLUDING THE SUM OF
ONE HUNDRED THOUSAND DOLLARS
AND NO CENTS ($100,000.00),
AND ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANCA DEL GOTTARDO ACCOUNT
NUMBER 767284 HELD IN THE
NAME OF WILLY KRAUS, AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANCO FICOHSA (HONDURAS)
ACCOUNT NUMBER 192331854 HELD
IN THE NAME OF MARIA ASFURA,
UP TO AND INCLUDING THE SUM
OF TWO HUNDRED THIRTY-SEVEN
THOUSAND FIVE HUNDRED DOLLARS
AND NO CENTS ($237,500.00),
AND ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANCO FICHOSA (PANAMA)
S.A. ACCOUNT NUMBER 012401493
HELD IN THE NAME OF MARIA DEL
CARMEN ASFURA, UP TO AND
INCLUDING THE SUM OF THREE
HUNDRED SIXTY-THREE THOUSAND
SEVEN HUNDRED TWENTY DOLLARS
AND NO CENTS ($363,720.00),
AND ALL PROCEEDS TRACEABLE
THERETO;

- 10 -

ANY AND ALL FUNDS ON DEPOSIT IN BANCO G&T (GUATEMALA) ACCOUNT NUMBER 159607848 HELD IN THE NAME OF OSCAR ARROYO ARZU, UP TO AND INCLUDING THE SUM OF TWO HUNDRED FIFTY FIVE THOUSAND DOLLARS AND NO CENTS ($255,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO G&T (GUATEMALA) ACCOUNT NUMBER 81640704 HELD IN THE NAME OF OSCAR ARROYO ARZU, UP TO AND INCLUDING THE SUM OF SIXTY THOUSAND DOLLARS AND NO CENTS ($60,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO PROMERICA ACCOUNT NUMBER 10000200026799 HELD IN THE NAME OF MOBILIA, S.A. UP TO AND INCLUDING THE SUM OF TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER CH190828170267101000U/ CH220828170267101000U HELD IN THE NAME OF BAYAN GROUP S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER 7032870 HELD IN THE NAME OF CROSS TRADING S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER 7035050 HELD IN THE NAME OF CROSS TRADING S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER CH040828170441801000U HELD IN THE NAME OF DATISA S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM LTD ACCOUNT NUMBER 7063380 HELD IN THE NAME OF FLEMICK S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER 7063420 HELD IN THE NAME OF FULL PLAY GROUP S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER 700828171005901000U HELD IN THE NAME OF HUGO JINKIS, UP TO AND INCLUDING THE SUM OF FIVE HUNDRED FORTY THOUSAND DOLLARS AND NO CENTS ($540,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

- 11 -

ANY AND ALL FUNDS ON DEPOSIT
IN BANK HAPOALIM ACCOUNT
NUMBER 400828171006101000U
HELD THE NAME OF MARIANO
JINKIS, UP TO AND INCLUDING
THE SUM OF ONE MILLION
DOLLARS AND NO CENTS
($1,000,000.00), AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BSI ACCOUNT NUMBER
8208465000G539513 HELD IN THE
NAME OF ARCO BUSINESS AND
DEVELOPMENTS LTD, AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BSI ACCOUNT NUMBER 702275
HELD IN THE NAME OF ISLA
MAYOR, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BSI AG ACCOUNT NUMBER
050846500GA130198AA HELD IN
THE NAME OF PATODOS, AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BSI AG ACCOUNT NUMBER
CH1008465000G177265AA HELD IN
THE NAME OF ROMER OSUNA ANEZ,
UP TO AND INCLUDING THE SUM
OF SEVEN HUNDRED FIFTY
THOUSAND DOLLARS AND NO CENTS
($750,000.00), AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BSI ACCOUNT NUMBER
CH9608465000G767284AB HELD IN
THE NAME OF WILLY KRAUS, AND
ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN CAPITAL BANK INC. ACCOUNT
NUMBER 01202018750
HELD IN THE NAME OF FORWARD
SPORTS INTERNATIONAL
MANAGEMENT INC., UP TO AND
INCLUDING THE SUM OF ONE
MILLION ONE HUNDRED THOUSAND
DOLLARS AND NO CENTS
($1,100,000.00), AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON
DEPOSIT IN CITIBANK N.A.
3100516637 HELD IN THE
NAME OF MICHAEL L.
ALBERGA, UP TO AND
INCLUDING THE SUM OF
EIGHTY THOUSAND DOLLARS
AND NO CENTS
($80,000.00), AND ALL
PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN CREDIT SUISSE ACCOUNT
NUMBER CH2305065163391002000
HELD IN THE NAME OF ALEJANDRO
BURZACO, UP TO AND INCLUDING
THE SUM OF FIVE HUNDRED
THOUSAND DOLLARS AND NO CENTS
($500,000.00), AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN CREDIT SUISSE ACCOUNT
NUMBER 7705065066938942000
HELD IN THE NAME OF ALEJANDRO
BURZACO, UP TO AND INCLUDING
THE SUM OF FIVE HUNDRED
THOUSAND DOLLARS AND NO CENTS
($500,000), AND ALL PROCEEDS
TRACEABLE THERETO;

- 12 -

ANY AND ALL FUNDS ON DEPOSIT
IN CREDIT SUISSE (FORMERLY
CLARIDEN LEU) ACCOUNT NUMBER
CH8305065185262332 HELD IN
THE NAME OF TT SPORTS
MARKETING LTD, AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN CREDIT SUISSE ACCOUNT
NUMBER 00659693038 HELD IN
THE NAME OF TORNEOS Y
COMPETENCIAS, S.A., AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN CREDIT SUISSE ACCOUNT
NUMBER 04567344683 HELD IN
THE NAME OF MILLPOINT, AND
ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN CREDIT SUISSE ACCOUNT
NUMBER 8033342099 HELD IN THE
NAME OF T&T SPORTS MARKETING
LTD, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN CREDIT SUISSE ACCOUNT
NUMBER CH0205065098487752000
HELD IN THE NAME OF ARCO
BUSINESS AND DEVELOPMENTS
LTD, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN CREDIT SUISSE ACCOUNT
NUMBER CH4105065078105332000
HELD IN THE NAME OF FPT
SPORTS S.A., AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN CREDIT SUISSE ACCOUNT
NUMBER CH4504835087620042000
HELD IN THE NAME OF FULL PLAY
GROUP S.A./DIZMUR S.A., AND
ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN CREDIT SUISSE ACCOUNT
NUMBER CH7705065066938942000
HELD IN THE NAME OF ELAL LTD,
UP TO AND INCLUDING THE SUM
OF ONE MILLION SIX HUNDRED
FIFTY THOUSAND DOLLARS AND NO
CENTS ($1,650,000.00), AND
ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN CREDIT SUISSE ACCOUNT
NUMBER FL-28391-JP HELD IN
THE NAME OF KOSSON VENTURES
LIMITED, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN EFG BANK ACCOUNT NUMBER
549447 HELD IN THE NAME OF
ROMER OSUNA, UP TO INCLUDING
THE SUM OF FIVE HUNDRED
THOUSAND DOLLARS AND NO CENTS
($500,000.00), AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN EFG BANK ACCOUNT NUMBER
548524 HELD IN THE NAME OF
SOMERTON LTD, AND ALL
PROCEEDS THERETO;

- 13 -

ANY AND ALL FUNDS ON DEPOSIT IN FPB BANK INTERNATIONAL ACCOUNT NUMBER 22007000 HELD IN THE NAME OF VIRTUAL SHOW ENTERTAINMENT AND EQUIPMENT, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN HSBC BANK USA-PANAMA ACCOUNT NUMBER 0101143809 HELD IN THE NAME OF JUAN CARLOS VIDAL CASTILLO, UP TO AND INCLUDING THE SUM OF SEVENTY THOUSAND DOLLARS AND NO CENTS ($70,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN ING BANK (FORMERLY NMB BANK) ACCOUNT NUMBER 945 MAPA HELD IN THE NAME OF [NUMBERED], UP TO AND INCLUDING THE SUM OF FORTY THOUSAND DOLLARS AND NO CENTS ($40,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN JP MORGAN CHASE BANK N.A. ACCOUNT NUMBER 3123164513 HELD IN THE NAME OF RAM G, UP TO AND INCLUDING THE SUM OF TWO HUNDRED THOUSAND DOLLARS AND NO CENTS ($200,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN MERRILL LYNCH ACCOUNT NUMBER 16825378 HELD IN THE NAMES OF ALEJANDRO BURZACO, ADRIANA N. BURZACO, AND EUGENIO BURZACO, UP TO AND INCLUDING THE SUM OF NINE HUNDRED NINETY THOUSAND DOLLARS AND NO CENTS ($990,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN PICTET & CIE ACCOUNT NUMBER CH3208755012294300100 HELD IN THE NAME OF ALEJANDRO BURZACO, UP TO AND INCLUDING THE SUM OF ONE MILLION SIX HUNDRED EIGHTY THOUSAND DOLLARS AND NO CENTS ($1,680,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN PICTET & CIE ACCOUNT NUMBER K49478 HELD IN THE NAME OF COMPASS GROUP, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN UBS AG ACCOUNT NUMBER 0206-874057-01 HELD IN THE NAME OF YAGUARETE, UP TO AND INCLUDING THE SUM OF TWO MILLION ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($2,100,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

- 14 -

ANY AND ALL FUNDS ON DEPOSIT
IN WELLS FARGO BANK N.A.
ACCOUNT NUMBER 1010142688298
HELD IN THE NAME OF RONALD
FERNANDO CALVO, UP TO AND
INCLUDING THE SUM OF ONE
HUNDRED THOUSAND DOLLARS AND
NO CENTS ($100,000.00), AND
ALL PROCEEDS TRACEABLE
THERETO; and

ANY AND ALL FUNDS ON DEPOSIT
IN WELLS FARGO BANK N.A.
1010253309107 HELD IN THE
NAME OF RODRIGO ANTONIO
HIDALGO CALVO, UP TO AND
INCLUDING THE SUM OF ONE
HUNDRED SIXTY EIGHT THOUSAND
FIVE HUNDRED DOLLARS AND NO
CENTS ($168,500.00), AND ALL
PROCEEDS TRACEABLE THERETO.

- 15 -