# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of July, two thousand twenty-five.

Before:     John M. Walker, Jr.,
            Beth Robinson,
            Sarah A. L. Merriam,
                  *Circuit Judges*.

_____

United States of America,                              **JUDGMENT**

                  Appellant,                           Docket Nos. 23-7183(L), 23-7186(Con)

        v.

  Hernán Lopez, Full Play Group, S.A.,

                  Defendants - Appellees.

_____

The appeals in the above captioned cases from a judgment of the United States District Court for the Eastern District of New York were argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgments of acquittal as to Appellees Hernán Lopez, Full Play Group, S.A. are VACATED and this matter is REMANDED with instructions to reinstate the jury's verdict and conduct further proceedings consistent with this Court's opinion.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court