

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 9, 2025

By ECF
The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Full Play Group, S.A.
>      Docket No. 15-CR-252-31 (S-3) (PKC)
>
>      United States v. Hernan Lopez
>      Docket No. 15-CR-252-32 (S-3) (PKC)

Dear Judge Chen:

      The government respectfully submits this motion requesting that the Court dismiss the third superseding indictment against defendants Full Play Group, S.A. and Hernan Lopez with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The government has determined in its prosecutorial discretion that dismissal of this criminal case is in the interests of justice. The defendants do not oppose this motion.

      Respectfully submitted,

      /s/ Joseph Nocella, Jr.
      JOSEPH NOCELLA, JR.
      United States Attorney

cc:  Counsel for the defendants (by ECF)
     Clerk of the Court (PKC) (by ECF)