# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand twenty-six.

Present:
 John M. Walker, Jr.,
 Beth Robinson,
 Sarah A. L. Merriam,
  *Circuit Judges*.

United States,

 *Appellant*,

 v.     23-7183,
      23-7186

Hernan Lopez, Full Play Group, S.A.,

 *Defendants-Appellees*.

On January 12, 2026, the Supreme Court granted Defendants-Appellees' petitions for a writ of certiorari, vacated the judgment, and remanded for further consideration in light of the government's motion to dismiss the indictment pending in the district court.

Therefore, it is hereby **ORDERED** that this case is REMANDED to the district court in light of the Supreme Court's orders and the pending motion to dismiss.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/23/2026