

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| KTF/EWS<br>F. #2015R00747 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

February 5, 2026

By E-mail and ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Hernan Lopez, et al.
              Criminal Docket No. 15-252 (S-3) (PKC)

Dear Judge Chen:

      The government respectfully submits this letter in response to the Court's scheduling order, dated January 30, 2026, directing the government to file a brief by February 20, 2026, addressing the issues in the Court's order. Given the number and complexity of the issues described in the Court's order, the government respectfully requests an extension until March 13, 2026. The government has conferred with counsel for defendants Lopez and Full Play Group, who informed the government that they consent to the request and also ask that they be permitted to file their responses to the government's brief by no later than March 27, 2026. The government consents to the defendants' request.

                Respectfully submitted,

                JOSEPH NOCELLA, JR.
                United States Attorney

      By:    /s/ Eric Silverberg
                Kaitlin T. Farrell
                Victor Zapana
                Eric Silverberg
                Assistant U.S. Attorneys
                (718) 254-7000

cc:    Clerk of Court (PKC) (by ECF)
       Counsel of Record (by ECF)