**Debevoise
&Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

March 16, 2026

**BY ELECTRONIC CASE FILING**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    *United States v. Hernan Lopez*, Case No. 15-cr-252 (PKC),
              <u>Letter Response to the Government's March 12, 2026 Letter, Submitted</u>
              <u>Pursuant to the Court's January 30, 2026 Order</u>

Dear Judge Chen:

On behalf of Hernan Lopez, we agree with the government's articulation of the relevant legal standard under Rule 48(a). The government's filings in this Court and in the Supreme Court make clear that its motion to dismiss reflects the considered judgment of the Department of Justice on such factors as "the strength of the case, the prosecution's general deterrence value, the Government's enforcement priorities, and the case's relationship to the Government's overall enforcement plan." *Wayte v. United States*, 470 U.S. 598, 607 (1985). Where such a motion is unopposed, and there is no indication that the motion was made to harass the defendant, the court must grant the motion.

The interests of justice are well served here by doing so. The government, and the Solicitor General's Office in particular, was well within its rights to weigh (1) the quality of Your Honor's decision in granting a judgment of acquittal, based on the Supreme Court's guidance; (2) the Second Circuit's reluctance to heed that guidance in reversing; and (3) the likelihood that the Supreme Court would grant review and not only reverse but potentially invalidate the honest services statute altogether, as petitioners and persuasive amici urged the Court to do. In all events, Your Honor's decision was correct, and the Second Circuit's contrary reasoning was unpersuasive and has no precedential effect; that is reason enough to grant the motion.

Mr. Lopez takes no position on the Court's questions relating to other defendants. Given the government's response, however, we vigorously dispute the suggestion that the evidence would have supported a "classic" theory of wire fraud against Mr. Lopez. Following an eight-year investigation, the government did not pursue such a theory in the 2023 trial, and as Your Honor observed in granting the judgment of acquittal, not a single witness other than Mr. Burzaco claimed Mr. Lopez was even aware of the scheme.

We respectfully request that Your Honor promptly grant the motion.


Respectfully submitted,


 /s/  David Sarratt
David Sarratt
John Gleeson
Sarah H. Wolf

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001
Tel: (212) 909-6000

*Counsel for Hernan Lopez*

cc:    Clerk of Court (PKC) (via ECF)

2