

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 28, 2026

By ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Hernan Lopez and Full Play Group
> Criminal Docket No. 15-252 (PKC)

Dear Judge Chen:

The government respectfully submits this letter regarding the Court's scheduling order dated April 17, 2026.  Because the Court's resolution of the government's motion to dismiss, ECF No. 2070, is likely to directly bear on the government's position regarding the pending coram nobis petitions filed by petitioners Alfredo Hawit, Eduardo Li, Josia Maria Marin, and Juan Angel Napout, the government respectfully requests that the Court hold consideration of those petitions in abeyance until after oral argument on the motion to dismiss, scheduled for May 27, 2026, and the Court's resolution of that motion.  The government further requests that it be given the opportunity to respond to those petitions in writing following resolution of the pending motion to dismiss.  The court previously deferred addressing those petitions and the government has not yet had an opportunity to respond to them.  See Orders dated Dec. 1, 2023, Dec. 18, 2023, Jan. 5, 2024, and Jan. 31, 2024 (deferring briefing and decision on all pending coram nobis petitions until the resolution of United States v. Hernan Lopez, et al., 2d Cir. Nos. 23-7183 (L), 23-7186 (Con)).

Respectfully submitted,

_____/s/_____
JOSEPH NOCELLA, JR.
United States Attorney