UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

–against–

HERNAN LOPEZ, *et al.*,

Defendants

**NO. 15-CR-252 (PKC)**

---

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance on behalf of Interested Party Fédération Internationale de Football Association (ECF Order Apr. 17, 2026).

Dated:  May 13, 2026
        New York, New York

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

BY:  */s/ David K. Kessler*
        David K. Kessler
        (dkessler@paulweiss.com)

1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 492-0614