# Ballard Spahr
### LLP

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

James A. Mitchell
Tel: 646.346.8006
Fax: 212.223.1942
mitchellj@ballardspahr.com

May 22, 2026

**BY ECF**

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     **<u>United States v. Webb, et al., 15 Cr. 252 (PKC)</u>**

Dear Judge Chen:

      I am writing in anticipation of the upcoming hearing in this matter on May 27, 2026. Although the Court has indicated it will defer briefing and a resolution of the various *coram nobis* petitions until after the resolution of the government's motion to dismiss the indictment in the *Lopez/Full Play* case, I write to advise the Court that my client Jose Maria Marin passed away last July. His *coram nobis* petition was filed on December 14, 2023 (ECF Dkt. 2036) and the Court then deferred resolution of the petition until the *Lopez/Full Play* issues were resolved. Subsequently, by letter dated December 2, 2024 (ECF Dkt. 2050), I advised the Court that at the time it appeared that Mr. Marin would not live for more than a few months and I requested that the Court, at that time, consider, among other possibilities, issuing an order to substitute Mr. Marin's estate for his interest in the petition should he pass away. The government opposed that application (ECF Dkt. 2052), and by an Order dated December 9, 2024, Your Honor deferred addressing the issue as it was not yet ripe for consideration under the circumstances.

      While Mr. Marin got through the medical crisis referenced in my December 2, 2024 letter, as the Court is certainly aware, the subsequent litigation in the *Lopez/Full Play* matter has taken substantially longer than I imagine anyone fully anticipated, during which my client has since passed away at the age of 93. As the *coram nobis* petitions have been effectively stayed since then, and in light of the upcoming conference, we intend to renew our request that his estate be substituted in his place in the *coram nobis* petition, Accordingly, I write to seek Your Honor's guidance on whether to make such a substitution motion now or wait to include it with any briefing when Your Honor addresses the *coram nobis* petitions at the conclusion of the *Lopez/Full Play* matter.

      Thank you for your attention to this matter.

            Respectfully submitted,

            /s/ *James A. Mitchell*

            James A. Mitchell

cc:     All Counsel of Record (via ECF)