VAZ
F. #2026R00581

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

HUGO JINKIS and
MARIANO JINKIS,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 15-252 (PKC)

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant HUGO JINKIS's and defendant MARIANO JINKIS's waivers of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: Brooklyn, New York
August 14, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: /s/
Kaitlin T. Farrell
Victor Zapana
Eric Silverberg
Assistant U.S. Attorneys
(718) 254-7000

Enclosure

cc: Clerk of the Court (PKC) (by E-mail)
Defense Counsel (by E-mail)