**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

VAZ
F. #2026R00581

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 25, 2026

By ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Hugo Jinkis & Mariano Jinkis
Criminal Docket No. 15-252 (S-3) (PKC)

Dear Judge Chen:

The government respectfully encloses a corrected version of Exhibit B to its letter to the Court filed earlier today. Exhibit C was unintentionally filed twice, and counsel for the government apologizes for the oversight.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Kaitlin T. Farrell
Victor Zapana
Eric Silverberg
Assistant U.S. Attorneys
(718) 254-7000

Enclosure

cc: Clerk of Court (PKC) (by E-mail)
Counsel of Record (by E-mail)